B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION (CHICAGO)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Uribe, Ricardo** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Uribe, Vanessa** |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names). | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Vanessa L Walters** |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-2186** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-5916** |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**14325 Knox Ave**<br>**Midlothian, IL**   ZIP CODE **60445** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**14325 Knox Ave**<br>**Midlothian, IL**   ZIP CODE **60445** |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**14325 Knox Ave**<br>**Midlothian, IL**   ZIP CODE **60445** | Mailing Address of Joint Debtor (if different from street address):<br>**14325 Knox Ave**<br>**Midlothian, IL**   ZIP CODE **60445** |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above).   ZIP CODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**  **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 08 2014
JEFFREY P. ALLSTEADT, CLERK
PB REP. - AJ

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.1.0.3, ID 3276499048)

B1 (Official Form 1) (04/13)                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Ricardo Uribe** **Vanessa Uribe** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X**_____                                                                               Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

   ☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): **Ricardo Uribe** |
|---|---|
| *(This page must be completed and filed in every case)* | **Vanessa Uribe** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Ricardo Uribe

X _____
   Vanessa Uribe

Telephone Number (If not represented by attorney)

**11/20/2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney***

X **Debtor not represented by attorney**
                         Bar No.

Phone No. _____ Fax No. _____

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Steven Crowley**
Printed Name and title, if any, of Bankruptcy Petition Preparer

353527172
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

1645 S River Road
Suite 16
Des Plaines, IL 60018

Address
X _____

**11/20/2014**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   Ricardo Uribe                                         Case No. _____
         Vanessa Uribe                                                            (if known)

         Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Ricardo Uribe**
         **Vanessa Uribe**

Case No. _____
                   (if known)

         Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

　　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____
                     Ricardo Uribe

Date: _____**11/20/2014**_____

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re  **Ricardo Uribe**                                                Case No.
       **Vanessa Uribe**

                                                                 Chapter    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $28,429.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $30,122.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | $324,900.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $5,705.28 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $5,613.51 |
| TOTAL | | 36 | $28,429.00 | $355,023.35 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Ricardo Uribe**
       **Vanessa Uribe**

Case No.

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $5,705.28 |
| Average Expenses (from Schedule J, Line 22) | $5,613.51 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $6,963.21 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $4,932.54 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $324,900.81 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $329,833.35 |

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   Ricardo Uribe                                    Case No. _____
         Vanessa Uribe                                                      (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Ricardo Uribe**                              Case No. _____
         **Vanessa Uribe**                                            (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                              Vanessa Uribe

Date: _____**11/20/2014**_____

B6A (Official Form 6A) (12/07)

In re  **Ricardo Uribe**                                              Case No. _____
        **Vanessa Uribe**                                                        (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Ricardo Uribe**                                        Case No. _____
    **Vanessa Uribe**                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | 112.00 USC | J | $112.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank #841667769 <br><br> Chase Bank #410361336 | J <br><br> W | $500.00 <br><br> $2.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Dining Room Set, Kitchen Table and Chairs, Beds, Dressers, Television Set, Cabinets, Misc. small appliances | J | $900.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Various books, Pictures, miscellaneous household items | J | $125.00 |
| 6. Wearing apparel. | | Personal clothing of debtors and dependants | J | $800.00 |
| 7. Furs and jewelry. | | Miscellaneous costume jewelry | J | $400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sporting equipment | H | $50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Ricardo Uribe**                                        Case No. _____
       **Vanessa Uribe**                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Ricardo Uribe**                              Case No. _____
       **Vanessa Uribe**                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2014 Chevrolet Cruze KBB Value | J | $19,990.00 |
| | | 2007 Jeep Commander | J | $5,200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Ricardo Uribe**
    **Vanessa Uribe**

Case No. _____
                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | KBB Value | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer | J | $350.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                3        continuation sheets attached      **Total >**      **$28,429.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Ricardo Uribe**                                     Case No.  _____
       **Vanessa Uribe**                                                    (If known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)


| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 112.00 USC | | $0.00 | $112.00 |
| Chase Bank #841667769 | | $0.00 | $500.00 |
| Chase Bank #410361336 | | $0.00 | $2.00 |
| Dining Room Set, Kitchen Table and Chairs, Beds, Dressers, Television Set, Cabinets, Misc. small appliances | | $0.00 | $900.00 |
| Various books, Pictures, miscellaneous household items | | $0.00 | $125.00 |
| Personal clothing of debtors and dependants | | $0.00 | $800.00 |
| Miscellaneous costume jewelry | | $0.00 | $400.00 |
| Sporting equipment | | $0.00 | $50.00 |
| 2014 Chevrolet Cruze KBB Value | | $0.00 | $19,990.00 |
| 2007 Jeep Commander KBB Value | | $0.00 | $5,200.00 |
| Computer | | $0.00 | $350.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $0.00 | $28,429.00 |

B6D (Official Form 6D) (12/07)

In re  **Ricardo Uribe**                                    Case No. _____
      **Vanessa Uribe**                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx9676<br><br>**GM Financial**<br>**PO Box 183834**<br>**Arlington, TX 76096** | | J | DATE INCURRED: **5/2014**<br>NATURE OF LIEN:<br>**Car Loan**<br>COLLATERAL:<br>**2014 Chevrolet Cruze KBB Value**<br>REMARKS:<br><br><br>VALUE: **$25,190.00** | | | | $22,764.53 | $2,774.53 |
| ACCT #: xxxxxx2557<br><br>**Wells Fargo Dealer Services**<br>**PO Box 25341**<br>**Santa Ana, CA 92799-5341** | | J | DATE INCURRED: **1/2012**<br>NATURE OF LIEN:<br>**Car Loan**<br>COLLATERAL:<br>**2007 Jeep Commander KBB Value**<br>REMARKS:<br><br><br>VALUE: **$25,190.00** | | | | $7,358.01 | $2,158.01 |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $30,122.54 | $4,932.54 |
| Total (Use only on last page) > | $30,122.54 | $4,932.54 |

_____ **No** _____ continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **Ricardo Uribe**                                                  Case No. _____
       **Vanessa Uribe**                                                                   (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Ricardo Uribe**
         **Vanessa Uribe**

Case No. _____
                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx7822<br>**ACC International**<br>**ACC Bldg**<br>**919 Estes Court**<br>**Schaumburg IL 60193.4427** | | J | DATE INCURRED:  2/25/2013<br>CONSIDERATION:<br>**Collecting for -TCF National Bank**<br>REMARKS: | | | | $215.97 |
| ACCT #:  xxxxx2004<br>**Accounts  Recovery Bureau, Inc**<br>**555 Van Reed Rd**<br>**Wyomissing, PA 19610-0768** | | J | DATE INCURRED:  5/2012<br>CONSIDERATION:<br>**Collecting for -St Margaret Mercy**<br>REMARKS: | | | | $1,386.02 |
| ACCT #:  xxxxxxx9344<br>**Allied Interstate, Inc**<br>**POB 4000**<br>**Warrenton VA 20188** | | J | DATE INCURRED:  3/18/2013<br>CONSIDERATION:<br>**Collecting for -T-Mobile**<br>REMARKS: | | | | $405.00 |
| ACCT #:  xxxxxxx8401<br>**American Medical Collection Agency**<br>**4 Westchester Plaza**<br>**Building 4**<br>**Elmsford, NY 10523** | | J | DATE INCURRED:  4/18/2014<br>CONSIDERATION:<br>**Collecting for -Laboratory Corporation of America**<br>REMARKS: | | | | $24.23 |
| ACCT #:  xxxx755A<br>**American Revenue Corporation, Inc**<br>**101 West 84th Drive**<br>**Suite D**<br>**Merrillville, IN 46410-6684** | | J | DATE INCURRED:  8/5/2011<br>CONSIDERATION:<br>**Collecting for -NW Indiana Radiological Services**<br>REMARKS: | | | | $14.74 |
| ACCT #:  xxxx662A<br>**American Revenue Corporation, Inc**<br>**101 West 84th Drive**<br>**Suite D**<br>**Merrillville, IN 46410-6684** | | J | DATE INCURRED:  4/2011<br>CONSIDERATION:<br>**Collecting for -NW Indiana Raiological Servcies**<br>REMARKS: | | | | $15.47 |

|  |  |
|---|---|
| Subtotal > | $2,061.43 |
| Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

____20____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ricardo Uribe**                                          Case No. _____
       **Vanessa Uribe**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx412B**<br>**American Revenue Corporation, Inc**<br>**101 West 84th Drive**<br>**Suite D**<br>**Merrillville, IN 46410-6684** | | J | DATE INCURRED:  **5/27/2011**<br>CONSIDERATION:<br>**Collecting for -NW Indiana Radiological Services**<br>REMARKS: | | | | $15.38 |
| ACCT #:  **xxxxx5466**<br>**ARM Solutions, Inc**<br>**PO Box 3666**<br>**Camarillo, CA 93011-3666** | | J | DATE INCURRED:  **8/6/2012**<br>CONSIDERATION:<br>**Collecting for -First Lien Term Liquidating Trust**<br>REMARKS: | | | | $17.94 |
| ACCT #:  **xxxx5538**<br>**Asset Acceptance Corp**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | J | DATE INCURRED:  **5/1/2012**<br>CONSIDERATION:<br>**Collecting for -Citibank**<br>REMARKS: | | | | $22,602.81 |
| ACCT #:  **xx4347**<br>**Athletic & Therapeutic Inst**<br>**4947 Paysphere Circle**<br>**Chicago, IL 60674-4947** | | J | DATE INCURRED:  **4/23/2014**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $134.34 |
| ACCT #:  **xxx5717**<br>**Bowman, Heintz, Boscia & Vician**<br>**8605 Broadway**<br>**Merrillville, IN 46410-7033** | | J | DATE INCURRED:  **4/18/2012**<br>CONSIDERATION:<br>**Collecting for -HSBC BAnk Nevada**<br>REMARKS: | | | | $6,719.00 |
| ACCT #:  **xxxx1074**<br>**Bureau of Collection Recovery, Inc.**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** | | J | DATE INCURRED:  **2/19/2011**<br>CONSIDERATION:<br>**Collecting for -Verizon**<br>REMARKS: | | | | $685.36 |

Sheet no.  ___1___  of  ___20___  continuation sheets attached to                                    Subtotal >     $30,174.83
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                                    (Use only on last page of the completed Schedule F.)
                                                (Report also on Summary of Schedules and, if applicable, on the
                                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**                                          Case No. _____
         **Vanessa Uribe**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx7777**<br>**Cach LLC**<br>**370 17th Street, Suite 5000**<br>**Denver CO 80202.3050** | | J | DATE INCURRED:  **5/2012**<br>CONSIDERATION:<br>**Collecting for -GE Capital**<br>REMARKS: | | | | $1,140.00 |
| ACCT #:  **xxxxxxx2880**<br>**Cach LLC**<br>**370 17th Street, Suite 5000**<br>**Denver CO 80202.3050** | | J | DATE INCURRED:  **6/2011**<br>CONSIDERATION:<br>**Collecting for -Citicorp Trust Bank**<br>REMARKS: | | | | $1,695.13 |
| ACCT #:  **xxxx-xxxxxx-x4103**<br>**Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | | J | DATE INCURRED:  **12/9/2010**<br>CONSIDERATION:<br>**Collecting for -Bank of America**<br>REMARKS: | | | | $5,517.11 |
| ACCT #:  **xxxxxx6527**<br>**Card Works Servicing, Inc**<br>**PO Box 9201**<br>**Old Bethpage, NY 11804** | | J | DATE INCURRED:  **1/25/2011**<br>CONSIDERATION:<br>**Collecting for - Wells Fargo**<br>REMARKS: | | | | $1,149.00 |
| ACCT #:  **xx-xxxx5604**<br>**CBCS**<br>**PO Box 163250**<br>**Columbus, OH 43216-2334** | | J | DATE INCURRED:  **2/15/2011**<br>CONSIDERATION:<br>**Collecting for - Discover Card**<br>REMARKS: | | | | $5,934.82 |
| ACCT #:  **xx-xxxxx3439**<br>**CBCS**<br>**PO Box 163250**<br>**Columbus, OH 43216-2334** | | J | DATE INCURRED:  **1/8/2011**<br>CONSIDERATION:<br>**Collecting for - City of Naperville Utility**<br>REMARKS: | | | | $238.83 |

Sheet no. ___2___ of ___20___ continuation sheets attached to            Subtotal >            $15,674.89
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                   (Use only on last page of the completed Schedule F.)
                               (Report also on Summary of Schedules and, if applicable, on the
                                 Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ricardo Uribe**
       **Vanessa Uribe**

Case No. _____
                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx5941**<br>**CCCR Services**<br>**POB 32299**<br>**Columbus OH 43232** | | J | DATE INCURRED: **3/2009**<br>CONSIDERATION: **Collecting for -City of Oak Lawn**<br>REMARKS: | | | | $200.00 |
| ACCT #: **xx-xx-7429**<br>**Circuit Court of Will County**<br>**Will County Courthouse**<br>**Twelfth Judicial Circuit**<br>**14 W. Jefferson Street**<br>**Joliet, IL 60432** | | J | DATE INCURRED: **2/22/2013**<br>CONSIDERATION: **Court case judgment**<br>REMARKS: | | | | $4,346.06 |
| ACCT #: **xx-xR-487**<br>**Circuit Court of Will County**<br>**Will County Courthouse**<br>**Twelfth Judicial Circuit**<br>**14 W. Jefferson Street**<br>**Joliet, IL 60432** | | J | DATE INCURRED: **8/7/2014**<br>CONSIDERATION: **Court case judgment**<br>REMARKS: | | | | $14,169.45 |
| ACCT #:<br>**Circuit Court of Will County**<br>**Will County Courthouse**<br>**Twelfth Judicial Circuit**<br>**14 W. Jefferson Street**<br>**Joliet, IL 60432** | | J | DATE INCURRED: **9/5/2013**<br>CONSIDERATION: **Court case judgment**<br>REMARKS: **Case # 12-SC-05634** | | | | $6,075.99 |
| ACCT #: **xx xx x1379**<br>**Circuit Court of Will County**<br>**Will County Courthouse**<br>**Twelfth Judicial Circuit**<br>**14 W. Jefferson Street**<br>**Joliet, IL 60432** | | J | DATE INCURRED: **2/7/2013**<br>CONSIDERATION: **Court case judgment**<br>REMARKS: | | | | $17,392.71 |
| ACCT #: **xxxxxxxxxxxxx3106**<br>**CITI BANK SD NA**<br>**PO BOX 6241**<br>**SIOUX FALLS, SD 57117** | | J | DATE INCURRED: **6/2009**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $1,595.45 |

Sheet no. ___3___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $43,779.66

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ricardo Uribe**
      **Vanessa Uribe**

Case No. _____
                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-8063<br>Citibank, N.A.<br>701 E 60th street<br>Sioux Falls, SD 57104 | | J | DATE INCURRED:  6/2009<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Case # 12 AR 01379**<br>**Circuit Court of Will County, IL** | | | | $19,187.60 |
| ACCT #:  xxxxx-x2294<br>Direct Recovery Associates, Inc.<br>5706 Corsa Ave<br>#200<br>Westlake Village, CA 91362 | | J | DATE INCURRED:  1/15/2013<br>CONSIDERATION:<br>**Collecting for -Levine Wittenberg et al**<br>REMARKS: | | | | $5,910.00 |
| ACCT #:  xxxx0549<br>Direct TV<br>Payment Center<br>PO Box 78626<br>Phoenix, AZ 85062 | | J | DATE INCURRED:  1/15/2013<br>CONSIDERATION:<br>**Cable Bill**<br>REMARKS: | | | | $342.32 |
| ACCT #:  xxxx5872<br>Enhanced Recovery Co L<br>10550 Deerwood Park, Ste<br>Jacksonville, FL 32256 | | J | DATE INCURRED:  12/2013<br>CONSIDERATION:<br>**Collecting for -Comcast Cable**<br>REMARKS: | | | | $239.00 |
| ACCT #:  xxxx7201<br>Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville FL 32256 | | J | DATE INCURRED:  6/2012<br>CONSIDERATION:<br>**Collecting for - T-Mobile USA**<br>REMARKS: | | | | $405.00 |
| ACCT #:  xxxx4712<br>FMCC<br>12110 Emmet<br>Omaha, NE | | J | DATE INCURRED:  9/2006<br>CONSIDERATION:<br>**Auto**<br>REMARKS: | | | | $8,803.00 |

Sheet no. ___4___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $34,886.92

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ricardo Uribe**
    **Vanessa Uribe**

Case No. _____
          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxx0-PFP<br>Franciscan Alliance Inc<br>35292 Eagle Way<br>Chicago, IL 60678-1352 | | J | DATE INCURRED: 3/2012<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $301.00 |
| ACCT #: xxxxxxxxx4-BDY<br>Franciscan Alliance Inc<br>35292 Eagle Way<br>Chicago, IL 60678-1352 | | J | DATE INCURRED: 10/2011<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $566.76 |
| ACCT #: xxxxxxxxx4-BDY<br>Franciscan Alliance Inc<br>35292 Eagle Way<br>Chicago, IL 60678-1352 | | J | DATE INCURRED: 2/2012<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $528.77 |
| ACCT #: xxxxxxxxx2-BDY<br>Franciscan Alliance Inc<br>35292 Eagle Way<br>Chicago, IL 60678-1352 | | J | DATE INCURRED: 10/2011<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $290.49 |
| ACCT #: xxxxxx3709<br>Franciscan St. Margaret<br>2434 Interstate Plaza Drive #2<br>Hammond IN 46324 | | J | DATE INCURRED: 11/22/2011<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $150.00 |
| ACCT #: xxxx1406<br>Freedman Anselmo Lindberg & Rappe LLC<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228 | | J | DATE INCURRED: 4/27/2012<br>CONSIDERATION:<br>**Collecting for -Ford Motor**<br>REMARKS: | | | | $5,304.15 |

Sheet no. ___5___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $7,141.17

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**                                      Case No. _____
        **Vanessa Uribe**                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx1406<br>**Freedman Anselmo Lindberg & Rappe LLC**<br>**1771 West Diehl Rd, #150**<br>**PO Box 3228**<br>**Naperville, IL 60566-7228** | | J | DATE INCURRED:  **9/5/2013**<br>CONSIDERATION:<br>**Collecting for -Ford Motor Credit Corp**<br>REMARKS:<br>**Ford Motor Credit Company vs. Ricardo Uribe**<br>**Case # 12SC05634**<br>**Circuit Court of Will County, IL** | | | | $5,791.07 |
| ACCT #:  xx-xx5923<br>**Fulton, Freidman & Gullace LLP**<br>**PO Box 2123**<br>**Warren, MI 48090-2123** | | J | DATE INCURRED:  **6/7/2013**<br>CONSIDERATION:<br>**Collecting for -Citibank**<br>REMARKS: | | | | $18,120.65 |
| ACCT #:  xx-xx-x1379<br>**Fulton, Freidman & Gullace LLP**<br>**5 East Van Buren #214**<br>**Joliet IL  60432** | | J | DATE INCURRED:  **2/7/2013**<br>CONSIDERATION:<br>**Collecting for -Asset Acceptance LLC**<br>REMARKS: | | | | $19,187.60 |
| ACCT #:  xxxx-xxxx-xxxx-0164<br>**GE Capital Retail Bank**<br>**ATTN: Bankruptcy Dept.**<br>**PO Box 103104**<br>**Roswell GA 30076** | | J | DATE INCURRED:  **3/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,361.57 |
| ACCT #:  xxxxxxxxxxx3106<br>**GE Capital Retail Bank**<br>**ATTN: Bankruptcy Dept.**<br>**PO Box 103106**<br>**Roswell GA 30076** | | J | DATE INCURRED:  **8/9/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $870.24 |
| ACCT #:  xxxxxxxxxxxx3177<br>**GE Capital Retail Bank**<br>**ATTN: Bankruptcy Dept.**<br>**PO Box 103106**<br>**Roswell GA 30076** | | J | DATE INCURRED:  **6/17/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $677.99 |

Sheet no. ___6___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $46,009.12 |
|---|---|---|
| | Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ricardo Uribe**
      **Vanessa Uribe**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxx4801<br>**GE Capital Retail Bank**<br>ATTN: Bankruptcy Dept.<br>PO Box 103104<br>Roswell GA 30076 | | J | DATE INCURRED: **11/27/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $279.52 |
| ACCT #: xxxx-xxxx-xxxx-8636<br>**GE Capital Retail Bank**<br>ATTN: Bankruptcy Dept.<br>PO Box 103106<br>Roswell GA 30076 | | J | DATE INCURRED: **6/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,823.73 |
| ACCT #: xxxxxxxx0011<br>**Gottlieb Memorial Hospital**<br>PO Box 99400<br>Louisville, KY 40269 | | J | DATE INCURRED: **5/13/2013**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,827.10 |
| ACCT #: xxxxxx4928<br>**Haster Law Office, PA**<br>6640 Shady Oak Road, Suite 340<br>Eden Prairie MN 55344.7720 | | J | DATE INCURRED: **6/25/2012**<br>CONSIDERATION:<br>**Collecting for -Osterman**<br>REMARKS: | | | | $2,436.26 |
| ACCT #: xxxxxx-xxxxxx3347<br>**HSBC/RS**<br>95 Washington St<br>Buffalo, NY 14203 | | J | DATE INCURRED: **4/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $8,694.00 |
| ACCT #: xxxxxxx3-1-09<br>**I.C. SYSTEM, INC.**<br>PO BOX 64437<br>ST. PAUL, MN 55164-0437 | | J | DATE INCURRED: **6/29/2013**<br>CONSIDERATION:<br>**Collecting for -AT&T Uverse**<br>REMARKS: | | | | $238.93 |

Sheet no. ___7___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $19,299.54

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**          Case No. _____
        **Vanessa Uribe**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx3072<br>**ICS Collection Service**<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | | J | DATE INCURRED:  **12/18/2013**<br>CONSIDERATION:<br>**Collecting for -Loyola University Physicians Found**<br>REMARKS: | | | | $3,775.42 |
| ACCT #:  xxxx7611<br>**Illinois Collection Service, Inc**<br>PO Box 1010<br>Tinley Park, IL60477-9110 | | J | DATE INCURRED:  **4/16/2014**<br>CONSIDERATION:<br>**Collecting for -Loyola University Health Physician**<br>REMARKS: | | | | $126.40 |
| ACCT #:  xxxx2281<br>**Illinois Collection Services**<br>3101 W 95th St<br>Evergreen Park, IL 60805 | | J | DATE INCURRED:  **11/2013**<br>CONSIDERATION:<br>**Collecting for -Medical Payment Data**<br>REMARKS: | | | | $153.00 |
| ACCT #:  xxxxxx-x7067<br>**Invoice Audit Services**<br>PO Box 559<br>Moon Twp., PA 15108 | | J | DATE INCURRED:  **6/21/2011**<br>CONSIDERATION:<br>**Collecting for -Quest Diagnostics**<br>REMARKS: | | | | $20.00 |
| ACCT #:  xxxxxxxxxx1336<br>**JP MORGAN CHASE**<br>PO Box 659754<br>San Antonio, TX 78265-9754 | | J | DATE INCURRED:  **5/2013**<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $2.72 |
| ACCT #:  xxx1988<br>**Komyatte & Casbon PC**<br>9650 Gordon Drive<br>Highland, IN  46322 | | J | DATE INCURRED:  **4/2012**<br>CONSIDERATION:<br>**Collecting for -OB/GYN Associates, Inc**<br>REMARKS: | | | | $376.00 |

Sheet no. ____8____ of ____20____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,453.54

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**                                    Case No. _____
     **Vanessa Uribe**                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx5686<br>**Laboratory Corporation of America**<br>PO Box 2240<br>Burlington, NC 27216-2240 | | J | DATE INCURRED: 10/17/2013<br>CONSIDERATION:<br>**Collecting for -LabCorp**<br>REMARKS: | | | | $18.37 |
| ACCT #:  xxxxxxx2880<br>**Law Firm of Allan C. Smith**<br>The Bucks County Office Center<br>1276 Veterans Highway<br>Bristol, PA  19007 | | J | DATE INCURRED: 11/2014<br>CONSIDERATION:<br>**Collection for CACH, LLC**<br>REMARKS: | | | | $1,695.13 |
| ACCT #:  xxx6090<br>**Loyola University Medical Center**<br>PO Box 3266<br>Milwaukee, WI 53201-3266 | | J | DATE INCURRED: 2/2014<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $91.40 |
| ACCT #:  xxxx7685<br>**Loyola University Medical Center**<br>C/O I.C.S.<br>PO Box 1010<br>Tinley Park, IL60477 | | J | DATE INCURRED: 5/2013<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $212.00 |
| ACCT #:  xxxx4134<br>**Loyola University Medical Center**<br>PO Box 1010<br>Tinley Park, IL60477 | | J | DATE INCURRED: 5/2013<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $580.00 |
| ACCT #:  xxxx3959<br>**Loyola University Medical Center**<br>PO Box 1010<br>Tinley Park, IL60477 | | J | DATE INCURRED: 5/2013<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $3,631.00 |

Sheet no. ___9___ of ___20___ continuation sheets attached to                     Subtotal >     $6,227.90
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ricardo Uribe**                                    Case No. _____
       **Vanessa Uribe**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx6016**<br>**Loyola University Medical Center**<br>**PO Box 1010**<br>**Tinley Park, IL60477** | | J | DATE INCURRED: **8/2013**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $129.00 |
| ACCT #:  **xxxx1154**<br>**Loyola University Medical Center**<br>**PO Box 1010**<br>**Tinley Park, IL60477** | | J | DATE INCURRED: **11/2013**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $129.00 |
| ACCT #:  **xxxxx3249**<br>**LVNV Funding LLC**<br>**PO Box 10497**<br>**Greenville, SC 29603** | | J | DATE INCURRED: **5/2009**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $14,169.45 |
| ACCT #:  **xxxx-xxxx-xxxx-8636**<br>**LVNV Funding LLC**<br>**PO Box 10497**<br>**Greenville, SC 29603** | | J | DATE INCURRED: **11/29/2012**<br>CONSIDERATION:<br>**Collecting for -GE Capital**<br>REMARKS: | | | | $5,823.73 |
| ACCT #:  **xxxx5269**<br>**LVNVFUNDG**<br>**PO Box 10584**<br>**Greenville, SC 29603** | | J | DATE INCURRED: **12/2011**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $1,149.00 |
| ACCT #:  **xxxxxx-x5991**<br>**M2 Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | J | DATE INCURRED: **5/2012**<br>CONSIDERATION:<br>**Collecting for -St Margaret Mercy**<br>REMARKS: | | | | $180.00 |

Sheet no. ___10___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $21,580.18

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**                                    Case No. _____
        **Vanessa Uribe**                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx9742<br>**MCM**<br>**PO BOX 603**<br>**OAKS PA 19456** | | J | DATE INCURRED:  **12/9/2010**<br>CONSIDERATION:<br>**Collecting for -HSBC Bank Nevada**<br>REMARKS: | | | | $8,456.11 |
| ACCT #:  xxxx3285<br>**Medicredit, Inc**<br>**PO Box 1629**<br>**Maryland Heights, MO 63043-0629** | | J | DATE INCURRED:  **11/2011**<br>CONSIDERATION:<br>**Collecting for -Gottlieb Hospital**<br>REMARKS: | | | | $75.00 |
| ACCT #:  xxxxxx1333<br>**Merchants' Credit Guide Co.**<br>**223 W Jackson St**<br>**Chicago, IL 60606** | | J | DATE INCURRED:  **5/2010**<br>CONSIDERATION:<br>**Collecting for -Medical Payment Data**<br>REMARKS: | | | | $233.00 |
| ACCT #:  xxxx7653<br>**Methodist Hospitals**<br>**PO Box 66525**<br>**Indianapolis, IN  46266** | | J | DATE INCURRED:  **6/2011**<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $4,576.78 |
| ACCT #:  xxxxxx5974<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego CA 92123** | | J | DATE INCURRED:  **5/2009**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $9,593.00 |
| ACCT #:  x6589<br>**Midwest Commercial Medical, LLC**<br>**9074 Collection Center Dr**<br>**Chicago, IL 60693-0090** | | J | DATE INCURRED:  **2/26/2014**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $3,150.00 |

Sheet no. ___11___ of ___20___ continuation sheets attached to          Subtotal >          | $26,083.89 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**
       **Vanessa Uribe**

Case No. _____
                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx3810**<br>**Midwest Orthopaedic Consultants**<br>**75 Remittance Srive**<br>**Ste 6581**<br>**Chicago, IL 60675-6581** | | J | DATE INCURRED: **5/28/2013**<br>CONSIDERATION:<br>**Medical Collection**<br>REMARKS: | | | | $153.28 |
| ACCT #:  **xxx189-1**<br>**MiraMed Revenue Group LLC**<br>**PO Box 536**<br>**Linden MI 48451.0536** | | J | DATE INCURRED: **4/1/2011**<br>CONSIDERATION:<br>**Collecting for -St Margaret Mercy Medical Assoc**<br>REMARKS: | | | | $40.00 |
| ACCT #:  **xxxxxx3709**<br>**MiraMed Revenue Group LLC**<br>**PO Box 536**<br>**Linden MI 48451.0536** | | J | DATE INCURRED: **6/28/2012**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | | $150.00 |
| ACCT #:  **xxxx5730**<br>**MiraMed RG**<br>**991 Oak Creek Drive**<br>**Lombard IL 60148** | | J | DATE INCURRED: **8/2/2012**<br>CONSIDERATION:<br>**Collecting for -St Margaret Mercy Healthcare**<br>REMARKS: | | | | $150.00 |
| ACCT #:  **xxxxxx9204**<br>**MiraMed RG**<br>**991 Oak Creek Drive**<br>**Lombard IL 60148** | | J | DATE INCURRED: **10/12/2011**<br>CONSIDERATION:<br>**Collecting for -St. Margaret Mercy Healthcare Cent**<br>REMARKS: | | | | $566.76 |
| ACCT #:  **xxxxxx2434**<br>**MiraMed RG**<br>**991 Oak Creek Drive**<br>**Lombard IL 60148** | | J | DATE INCURRED: **10/19/2011**<br>CONSIDERATION:<br>**Collecting for - St Margaret Mercy Healthcare Cent**<br>REMARKS: | | | | $528.77 |

Sheet no. ___**12**___ of ___**20**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $1,588.81

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**
     **Vanessa Uribe**

Case No. _____
               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx9392<br>**MiraMed RG**<br>991 Oak Creek Drive<br>Lombard IL 60148 | | J | DATE INCURRED:  **12/12/2011**<br>CONSIDERATION:<br>**Collecting for -St Margaret Mercy Healthcare Cente**<br>REMARKS: | | | | $290.49 |
| ACCT #:  xxxx0699<br>**MiraMed RG**<br>991 Oak Creek Drive<br>Lombard IL 60148 | | J | DATE INCURRED:  **9/2012**<br>CONSIDERATION:<br>**Collecting for -St Maragret Mercy Healthcare Cente**<br>REMARKS: | | | | $566.76 |
| ACCT #:  xxxx8221<br>**Monarch Recovery Managment, Inc.**<br>PO Box 21089<br>Philadelphia PA 19154.0589 | | J | DATE INCURRED:  **8/31/2012**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | | $1,396.57 |
| ACCT #:  xxxx8834<br>**Morgan & Pottinger, PSC**<br>**Attorney At Law**<br>2401 Stanley Gault Pkwy<br>Louisville, KY 40223 | | J | DATE INCURRED:  **11/29/2012**<br>CONSIDERATION:<br>**Collecting for -GE Capital**<br>REMARKS: | | | | $5,823.73 |
| ACCT #:  xxJ487<br>**NCO FIN/22**<br>507 Prudential rd<br>Horsham, PA 19044 | | J | DATE INCURRED:  **11/17/2011**<br>CONSIDERATION:<br>**Collecting for -Comcast**<br>REMARKS: | | | | $239.80 |
| ACCT #:  xxxxxx0000<br>**New Pediatric Associates**<br>8777 Broadway #B<br>Merrillville, IN  46410 | | J | DATE INCURRED:  **2/8/2012**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $380.00 |

Sheet no. ____13____ of ____20____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $8,697.35

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ricardo Uribe**                                Case No. _____
       **Vanessa Uribe**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx0054<br>**Nipsco**<br>PO Box 13013<br>Merrillville, IN  46411-3013 | | J | DATE INCURRED: **11/2012**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $260.00 |
| ACCT #:  xxx7655<br>**NW Ind Radiology Services**<br>55 East 86th Ave<br>Suite A<br>PO Box 10645 | | J | DATE INCURRED: **12/11/2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $14.20 |
| ACCT #:  xxxxx4928<br>**Osterman Jewelers**<br>PO Box 3680<br>Akron, OH 44309 | | J | DATE INCURRED: **5/14/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,973.74 |
| ACCT #:<br>**Osterman Jewelers**<br>375 Ghent Rd<br>Akron, OH 44333 | | J | DATE INCURRED: **2/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,436.00 |
| ACCT #:  xxxxxxxx2880<br>**P. SCOTT LOWERY, P.C.**<br>5680 GREENWOOD PLAZA BLVD<br>SUITE 500<br>GREENWOOD VILLAGE, CO 80111 | | J | DATE INCURRED: **6/2012**<br>CONSIDERATION:<br>**Collecting for -Citicorp**<br>REMARKS: | | | | $1,695.13 |
| ACCT #:  xxxxxxxxxxx3015<br>**PORTFOLIO CITIFI**<br>120 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502 | | J | DATE INCURRED: **12/2012**<br>CONSIDERATION:<br>**Collection-JCP**<br>REMARKS: | | | | $335.51 |

Sheet no. ____14____ of ____20____ continuation sheets attached to                 Subtotal >   | $7,714.58 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**                                    Case No. _____
    **Vanessa Uribe**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxx6027<br>**PORTFOLIO CITIFI**<br>**140 CORPORATE BLVD, STE 100**<br>**NORFOLK, VA 23502** | | J | DATE INCURRED:  **8/2013**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $1,637.00 |
| ACCT #:  xxxxxxxxxx0164<br>**PORTFOLIO CITIFI**<br>**140 CORPORATE BLVD, STE 100**<br>**NORFOLK, VA 23502** | | J | DATE INCURRED:  **1/2013**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $1,397.00 |
| ACCT #:  xxxxx4781<br>**PORTFOLIO GE CA**<br>**140 CORPORATE BLVD, STE 100**<br>**NORFOLK, VA 23502** | | J | DATE INCURRED:  **11/2013**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $332.00 |
| ACCT #:  xxxxx6080<br>**PORTFOLIO GE CA**<br>**140 CORPORATE BLVD, STE 100**<br>**NORFOLK, VA 23502** | | J | DATE INCURRED:  **7/2013**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $235.00 |
| ACCT #:  xxxxx4703<br>**Prof Bur of Collect of Marlyand, Inc.**<br>**PO BOX 628**<br>**Elk Grove CA 95759.0628** | | J | DATE INCURRED:  **2/4/2013**<br>CONSIDERATION:<br>**Collecting for -Value City**<br>REMARKS: | | | | $1,636.73 |
| ACCT #:  xxxxxx0902<br>**Quest Diagnostics**<br>**PO Box 7306**<br>**Hollister, MO 65673-7306** | | J | DATE INCURRED:  **7445590902**<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $6.00 |

Sheet no. ___15___ of ___20___ continuation sheets attached to                           Subtotal >  | $5,243.73
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**                                     Case No. _____
         **Vanessa Uribe**                                                    (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx3087**<br>**Rubin & Levin**<br>**500 Marott Center**<br>**342 Massachusetts Avenue**<br>**Indianapolis, IN 46204** | | J | DATE INCURRED: **4/8/2013**<br>CONSIDERATION:<br>**Collecting for -Levine Wittenburg Shugan and Scha**<br>REMARKS: | | | | $5,525.00 |
| ACCT #:  **xxxxxxxxxxxxx1200**<br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | J | DATE INCURRED: **6/2006**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $8,276.00 |
| ACCT #:  **xxxxx4706**<br>**Senex Services Corp**<br>**3333 Founders Blvd**<br>**Second Floor**<br>**Indianapolis, IN 46268** | | J | DATE INCURRED: **4/2011**<br>CONSIDERATION:<br>**Collecting for -Gary Methodist Southlake**<br>REMARKS: | | | | $87.67 |
| ACCT #:  **xxxxx3944**<br>**Senex Services Corp**<br>**3333 Founders Blvd**<br>**Second Floor**<br>**Indianapolis, IN 46268** | | J | DATE INCURRED: **5/2011**<br>CONSIDERATION:<br>**Creditor**<br>REMARKS: | | | | $33.10 |
| ACCT #:  **xxxxxx62N1**<br>**Senex Services Corp**<br>**3500 Depauw Blvd**<br>**Suite 305**<br>**Indianapolis, IN 46268** | | J | DATE INCURRED: **8/2012**<br>CONSIDERATION:<br>**Creditor**<br>REMARKS: | | | | $537.00 |
| ACCT #:  **xxxxxx99N1**<br>**Senex Services Corp**<br>**3500 Depauw Blvd**<br>**Suite 305**<br>**Indianapolis, IN 46268** | | J | DATE INCURRED: **3/2013**<br>CONSIDERATION:<br>**Creditor**<br>REMARKS: | | | | $55.00 |

Sheet no. ___16___ of ___20___ continuation sheets attached to                                    Subtotal >        | $14,513.77 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                                           (Use only on last page of the completed Schedule F.)
                                                 (Report also on Summary of Schedules and, if applicable, on the
                                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**                                          Case No. _____
       **Vanessa Uribe**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx73N1<br>**Senex Services Corp**<br>**3500 Depauw Blvd**<br>**Suite 305**<br>**Indianapolis, IN 46268** | | J | DATE INCURRED:  **9/2012**<br>CONSIDERATION:<br>**Creditor**<br>REMARKS: | | | | $54.00 |
| ACCT #:  xxxxxx66N1<br>**Senex Services Corp**<br>**3500 Depauw Blvd**<br>**Suite 305**<br>**Indianapolis, IN 46268** | | J | DATE INCURRED:  **10/2012**<br>CONSIDERATION:<br>**Creditor**<br>REMARKS: | | | | $54.00 |
| ACCT #:  xxxxxxxxx5-PFP<br>**Sisters of St Francis Health Services**<br>**228 W US Highway 30**<br>**PMB #306**<br>**Schererville, IN 46375-1584** | | J | DATE INCURRED:  **12/20/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $124.52 |
| ACCT #:  xxxxxxxxxxxx6974<br>**Stellar Recovery Inc**<br>**1845 Highway 93 South**<br>**Kalispell MT 59901** | | J | DATE INCURRED:  **5/13/2013**<br>CONSIDERATION:<br>**Collecting for -Comcast**<br>REMARKS: | | | | $72.04 |
| ACCT #:  xxxxxx5623<br>**Student Assistance Corporation**<br>**PO Box 9570**<br>**Wilkes Barre, PA  18773-9570** | | J | DATE INCURRED:  **9/2014**<br>CONSIDERATION:<br>**Collecting for -United Student Aid Funds Inc**<br>REMARKS: | | | | $5,000.00 |
| ACCT #:  xxxxxxxxxxxx3177<br>**SYNCB/CARE**<br>**PO BOX 981439**<br>**El Paso, TX 79998** | | J | DATE INCURRED:  **11/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $593.00 |

Sheet no. ___17___ of ___20___ continuation sheets attached to                                    Subtotal >      $5,897.56
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                                   (Use only on last page of the completed Schedule F.)
                                              (Report also on Summary of Schedules and, if applicable, on the
                                               Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ricardo Uribe**                              Case No. _____
       **Vanessa Uribe**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx2038<br>**SYNCB/GAP**<br>PO BOX 981400<br>El Paso, TX 79998 | | J | DATE INCURRED:  **3/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $863.00 |
| ACCT #:  xxxxxxxx8396<br>**SYNCB/jcp**<br>PO BOX 965008<br>Orlando, FL 32896-5060 | | J | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $108.00 |
| ACCT #:  xxxxxxxxxxx3106<br>**SYNCB/SHAW**<br>PO BOX 981439<br>El Paso, TX 79998 | | J | DATE INCURRED:  **9/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $840.00 |
| ACCT #:  xxxxxxxx7777<br>**The Law Office of Kevin Z. Shine**<br>5965 Transit Road<br>Suite 500<br>East Amherst, NY 14051 | | J | DATE INCURRED:  **5/8/2012**<br>CONSIDERATION:<br>**Collecting for -GE Capital**<br>REMARKS: | | | | $1,139.75 |
| ACCT #:  xxxxx-xxxxxx4347<br>**TransWorld Systems Inc**<br>507 Prudential Rd.<br>Horsham, PA  19044 | | J | DATE INCURRED:  **8/20/2014**<br>CONSIDERATION:<br>**Collecting for -ATI Physical Therapy**<br>REMARKS: | | | | $134.34 |
| ACCT #:  xxxxx-xxxxxx4347<br>**TransWorld Systems Inc**<br>507 Prudential Rd.<br>Horsham, PA  19044 | | J | DATE INCURRED:  **8/6/2014**<br>CONSIDERATION:<br>**Collecting for -ATI Physical Therapy**<br>REMARKS: | | | | $134.34 |

Sheet no. ___18___ of ___20___ continuation sheets attached to          Subtotal >      | $3,219.43 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ricardo Uribe**                                    Case No. _____
        **Vanessa Uribe**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx0191<br>**Trustmark Recovery Services**<br>541 Otis Bowen Drive<br>Munster IN 46321 | | J | DATE INCURRED: **9/28/2011**<br>CONSIDERATION:<br>**Collecting for -Methodist Hospital Southlake**<br>REMARKS: | | | | $55.71 |
| ACCT #:  xxxxx0223<br>**Trustmark Recovery Services**<br>541 Otis Bowen Drive<br>Munster IN 46321 | | J | DATE INCURRED: **7/12/2011**<br>CONSIDERATION:<br>**Collecting for -Methodist Southlake Hospital**<br>REMARKS: | | | | $86.70 |
| ACCT #:  xxxxx0004<br>**Trustmark Recovery Services**<br>541 Otis Bowen Drive<br>Munster IN 46321 | | J | DATE INCURRED: **12/5/2012**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | | $314.35 |
| ACCT #:  xx6244<br>**Vision Financial Services***<br>PO Box 1768<br>LaPorte, IN 46352-1768 | | J | DATE INCURRED: **7/2014**<br>CONSIDERATION:<br>**Collecting for -Ingalls Memorial Hospital**<br>REMARKS: | | | | $75.00 |
| ACCT #:  xxxx6425<br>**Weltman, Weinberg & Reis Co., LPA**<br>180 North LaSalle St. Suite 2400<br>Chicago, IL 60601-2704 | | J | DATE INCURRED: **8/19/2014**<br>CONSIDERATION:<br>**Attorney**<br>REMARKS:<br>**Case #14-AR-487**<br>**Twelfth Judicial District-Will County, IL** | | | | $14,169.45 |
| ACCT #:  xxxxxxxxxxxx5269<br>**WF Finance**<br>135 S Weber Rd<br>Bolingbook, IL 60490 | | J | DATE INCURRED: **4/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,369.00 |

Sheet no. ___19___ of ___20___ continuation sheets attached to                                    Subtotal >  | $16,070.21 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
                                            (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ricardo Uribe**
     **Vanessa Uribe**

Case No. _____
               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx-xx6-080<br>**WFNNB - BK**<br>**Bankruptcy Department**<br>**PO Box 182125**<br>**Columbus OH 43218.2125** | | J | DATE INCURRED:  **12/23/2011**<br>CONSIDERATION:<br>**Collecting for -Victoria Secret**<br>REMARKS: | | | | $191.32 |
| ACCT #:  xxx-xx4-781<br>**WFNNB - BK**<br>**Bankruptcy Department**<br>**PO Box 182125**<br>**Columbus OH 43218.2125** | | J | DATE INCURRED:  **3/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $165.49 |
| ACCT #:  xxxxxxxxxxxx6027<br>**WFNNB - BK**<br>**Bankruptcy Department**<br>**PO Box 182125**<br>**Columbus OH 43218.2125** | | J | DATE INCURRED:  **9/7/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,500.00 |
| ACCT #:  x-xxxx-6080<br>**WFNNB - BK**<br>**Bankruptcy Department**<br>**PO Box 182125**<br>**Columbus OH 43218.2125** | | J | DATE INCURRED:  **2/11/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $230.59 |
| ACCT #:  xxx-xx4-781<br>**World Fin Ntwk National Bk Recov**<br>**PO Box 182125**<br>**Columbus OH 43218.2125** | | J | DATE INCURRED:  **9/2012**<br>CONSIDERATION:<br>**Collecting for -Comenity**<br>REMARKS: | | | | $331.77 |
| ACCT #:  xxxxxx6527<br>**Zenith Acquisition**<br>**170 Northpointe Parkway, #300**<br>**Amherst, NY 14228** | | J | DATE INCURRED:  **4/10/2012**<br>CONSIDERATION:<br>**Collecting for -Wells Fargo**<br>REMARKS: | | | | $1,163.13 |

Sheet no. ___20___ of ___20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $4,582.30

Total >  $324,900.81
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Ricardo Uribe**                                        Case No. _____
     **Vanessa Uribe**                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Ricardo Uribe**                                    Case No. _____
       **Vanessa Uribe**                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| Debtor 1 | Ricardo | | Uribe |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Vanessa | | Uribe |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

## Schedule I: Your Income                                              12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ☒ Employed ☐ Not employed | ☐ Employed ☒ Not employed |
| Occupation | | Assistant Signalman | Unemployed |
| Employer's name | | Union Pacific Railroad | |
| Employer's address | | 1400 Douglas Street<br>Number  Street<br>Omaha, NE 8179 | Number  Street |
| | | City                State  Zip Code | City                State  Zip Code |
| How long employed there? | | 2 years | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $6,867.34 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $6,867.34 | $0.00 |

Debtor 1   **Ricardo** _____ _____
           First Name          Middle Name          Last Name                    Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ..................................................... ➔ 4. | $6,867.34 | $0.00 |
| 5. | List all payroll deductions: | | |
| | 5a. Tax, Medicare, and Social Security deductions        5a. | $434.10 | $0.00 |
| | 5b. Mandatory contributions for retirement plans         5b. | $425.78 | $0.00 |
| | 5c. Voluntary contributions for retirement plans         5c. | $302.18 | $0.00 |
| | 5d. Required repayments of retirement fund loans         5d. | $0.00 | $0.00 |
| | 5e. Insurance                                            5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations                         5f. | $0.00 | $0.00 |
| | 5g. Union dues                                           5g. | $0.00 | $0.00 |
| | 5h. Other deductions.<br>Specify: _____    5h. + | $0.00 | $0.00 |
| 6. | Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6. | $1,162.06 | $0.00 |
| 7. | Calculate total monthly take-home pay.   Subtract line 6 from line 4.   7. | $5,705.28 | $0.00 |
| 8. | List all other income regularly received: | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm    8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | 8b. Interest and dividends                                8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive    8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | 8d. Unemployment compensation                            8d. | $0.00 | $0.00 |
| | 8e. Social Security                                      8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____    8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income                         8g. | $0.00 | $0.00 |
| | 8h. Other monthly income.<br>Specify: _____  8h. + | $0.00 | $0.00 |
| 9. | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9. | $0.00 | $0.00 |
| 10. | Calculate monthly income.  Add line 7 + line 9.    10.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $5,705.28  + | $0.00  = $5,705.28 |

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

    Specify: _____                                    11.  +                      $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly    12.    $5,705.28
    income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and
    Related Data, if it applies.                                                                            Combined
                                                                                                            monthly income

13. Do you expect an increase or decrease within the year after you file this form?

    ☐ No.
    ☑ Yes. Explain:  | Possible reduction in salary by upwards of 10,000 per year. |

**Fill in this information to identify your case:**

| | | | | Check if this is: |
|---|---|---|---|---|
| Debtor 1 | **Ricardo** | | **Uribe** | ☐ An amended filing |
| | First Name | Middle Name | Last Name | ☐ A supplement showing post-petition chapter 13 expenses as of the following date: |
| Debtor 2 (Spouse, if filing) | **Vanessa** | | **Uribe** | |
| | First Name | Middle Name | Last Name | _____ MM / DD / YYYY |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | | ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household |
| Case number (if known) | | | | |

Official Form B 6J

# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.
    ☑ Yes.  **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and          ☑ Yes. Fill out this information
    Debtor 2.                              for each dependent...................

    Do not state the
    dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | 19 | ☐ No  ☑ Yes |
| **Daughter** | 4 | ☐ No  ☑ Yes |
| **Daughter** | 2 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**          ☑ No          ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. _____ $1,250.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. _____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. _____ $60.00 |
| 4d. | Homeowner's association or condominium dues | 4d. _____ |

Debtor 1    __Ricardo__ _____ _____ _____    Case number (if known) _____
First Name        Middle Name        Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. _____ |
| 6. | Utilities: | |
| | 6a. Electricity, heat, natural gas | 6a. $270.00 |
| | 6b. Water, sewer, garbage collection | 6b. $70.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $260.00 |
| | 6d. Other. Specify: __Hobbies/Memberships__ | 6d. $130.00 |
| 7. | Food and housekeeping supplies | 7. $750.00 |
| 8. | Childcare and children's education costs | 8. $25.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $380.00 |
| 10. | Personal care products and services | 10. $120.00 |
| 11. | Medical and dental expenses | 11. $150.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $1,072.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $220.00 |
| 14. | Charitable contributions and religious donations | 14. _____ |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ |
| | 15b. Health insurance | 15b. _____ |
| | 15c. Vehicle insurance | 15c. $60.00 |
| | 15d. Other insurance. Specify: __Pets__ | 15d. $40.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. _____ |
| 17. | Installment or lease payments: | |
| | 17a. Car payments for Vehicle 1    **2014 Chevy Cruze** | 17a. $429.51 |
| | 17b. Car payments for Vehicle 2    **Codebtor vehicle 2007 Jeep** | 17b. $327.00 |
| | 17c. Other. Specify: _____ | 17c. _____ |
| | 17d. Other. Specify: _____ | 17d. _____ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). | 18. _____ |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. _____ |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| | 20a. Mortgages on other property | 20a. _____ |
| | 20b. Real estate taxes | 20b. _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e. Homeowner's association or condominium dues | 20e. _____ |

Debtor 1  __Ricardo__ _____ __Uribe__ _____ Case number (if known) _____
     First Name        Middle Name        Last Name

**21. Other.**  Specify: _____  21.  + _____

**22. Your monthly expenses.**  Add lines 4 through 21.
The result is your monthly expenses.  22.  | $5,613.51 |

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.  23a.  $5,705.28

23b.  Copy your monthly expenses from line 22 above.  23b.  − $5,613.51

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.  23c.  | $91.77 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Ricardo Uribe**  
**Vanessa Uribe**

Case No. _____  
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **38** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **11/20/2014** _____   Signature _____  
_Ricardo Uribe_

Date **11/20/2014** _____   Signature _____  
_Vanessa Uribe_

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Steven Crowley, Petition Preparer**                         353527172
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No.  
                                                                                (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document._

**1645 S River Road**  
**Suite 16**  
**Des Plaines, IL 60018**

_____                    **11/20/2014** _____
Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  Ricardo Uribe
Vanessa Uribe

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **Year to date** | **Employment** |
| **income. 80526.26** | **Employment** |
| **AGI 2013. $85583** | **Employment** |
| **AGI 2012. $65689** | |

---

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☑

c.  All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| LVNV FUNDING LLC VS. RICARDO URIBE 14-AR-487 | Lawsuit | Circuit Court of Will County, IL Will County Courthouse Joliet, IL 60432 | Pending |

B7 (Official Form 7) (04/13)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   Ricardo Uribe
         Vanessa Uribe

Case No. _____
                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ricardo Uribe 14325 Knox Ave Midlothian, IL 60445-2518 | 2014 | 8423.43 USC |

---

### 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑  a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑  List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑  List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Steven Crowley 1645 S River Road Suite 16 Des Plaines, IL 60018 | 10/23/2014 | $50.00 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   Ricardo Uribe                                     Case No. _____
         Vanessa Uribe                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**10. Other transfers**

None ☑  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑  If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Ricardo Uribe**
         **Vanessa Uribe**

Case No. _____
                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Ricardo Uribe**
         **Vanessa Uribe**

Case No. _____
                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑  a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑  b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:  **Ricardo Uribe**
         **Vanessa Uribe**

Case No. _____
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  11/20/2014                          Signature
                                          of Debtor      *Ricardo Uribe*

Date  11/20/2014                          Signature
                                          of Joint Debtor  *Vanessa Uribe*
                                          (if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   **Ricardo Uribe**
         **Vanessa Uribe**

Case No. _____
                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 6

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Steven Crowley, Petition Preparer** _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

353527172 _____
Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**1645 S River Road**
**Suite 16**
**Des Plaines, IL 60018**

_____
Signature of Bankruptcy Petition Preparer

**11/20/2014** _____
Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Ricardo Uribe**
         **Vanessa Uribe**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

**Creditor's Name:**
GM Financial
PO Box 183834
Arlington, TX 76096
xxxxx9676

**Describe Property Securing Debt:**
2014 Chevrolet Cruze KBB Value

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

---

Property No.   2

**Creditor's Name:**
Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341
xxxxxx2557

**Describe Property Securing Debt:**
2007 Jeep Commander KBB Value

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   Ricardo Uribe
Vanessa Uribe

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐       NO ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **11/20/2014**

Signature _____
*Ricardo Uribe*

Date  **11/20/2014**

Signature _____
*Vanessa Uribe*

## CERTIFICATE OF SERVICE

I, the below signed, do hereby certify that a true and correct copy of the foregoing Chapter 7 Individual Debtor's Statement of Intention was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United States Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date  **11/20/2014**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:   Liquidation  ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1167 filing fee, $550 administrative fee: Total fee $1717)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $75 administrative fee: Total fee $275)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Ricardo Uribe**
      **Vanessa Uribe**

Case No. _____

Chapter _____ **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Steven Crowley, Petition Preparer**

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:
**1645 S River Road**
**Suite 16**
**Des Plaines, IL 60018**

**353527172**

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

X _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Ricardo Uribe**

**Vanessa Uribe**

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X _____      **11/20/2014**
Signature of Debtor              Date

X _____      **11/20/2014**
Signature of Joint Debtor (if any)   Date

---

**Instructions:**   Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Ricardo Uribe**<br>**Vanessa Uribe**<br>**14325 Knox Ave**<br>**Midlothian, IL 60445**<br>**Debtor(s) in pro per** | |

| In re:<br>**Ricardo Uribe**<br>**Vanessa Uribe** | CASE NO.: |
| | CHAPTER:  **7** |
| | Debtor Address:<br>**14325 Knox Ave**<br>**Midlothian, IL 60445** |

| Social Security Number:  **xxx-xx-2186**      **xxx-xx-5916** | Employer's Tax I.D. Number: |

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | For document preparation services, I have agreed to accept | $50.00 |
   |---|---|
   | Prior to the filing of this statement I have received | $50.00 |
   | Balance Due | $0.00 |

2. I have prepared or caused to be prepared the following documents (itemize):
   **Bankruptcy Documents**

   and provided the following services (itemize):
   **Typing**

3. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   | Name | SSN |
   |---|---|
   | **Steven Crowley** | 353527172 |

| In re: **Ricardo Uribe** | CASE NUMBER: |
| **Vanessa Uribe** | CHAPTER:    **7** |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____          _____353527172_____          __11/20/2014__
                    Signature                                   Social Security Number                  Date

Name (Print):

Address:  STEVEN T. CROWLEY
          1645 S. RIVER RD.
          DES PLAINES, IL 60018

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   Ricardo Uribe
         Vanessa Uribe

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/20/2014                          Signature _____
                                                    *Ricardo Uribe*

Date  11/20/2014                          Signature _____
                                                    *Vanessa Uribe*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  Ricardo Uribe
Vanessa Uribe

CASE NO

CHAPTER   7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------| ----------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $25,190.00 | $35,055.08 | $0.00 | $0.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$28,429.00** | **$38,294.08** | **$0.00** | **$0.00** | **$0.00** |

### Surrendered Property:

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  Ricardo Uribe
        Vanessa Uribe

CASE NO

CHAPTER   **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

*Continuation Sheet # 2*

<u>**Personal Property**</u>
(None)

| | | | |
|---|---|---|---|
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | $28,429.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $28,429.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $38,294.08 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $38,294.08 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $0.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $0.00 |
| J. Total Exemptions Claimed | $0.00 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $0.00 |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

ACC International
ACC Bldg
919 Estes Court
Schaumburg IL 60193.4427

Cach LLC
370 17th Street, Suite 5000
Denver CO 80202.3050

Enhanced Recovery Co L
10550 Deerwood Park, Ste
Jacksonville, FL 32256

Accounts Recovery Bureau, Inc
555 Van Reed Rd
Wyomissing, PA 19610-0768

Capital Management Services,
LP
726 Exchange Street, suite 700
Buffalo, NY 14210

Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville FL 32256

Allied Interstate, Inc
POB 4000
Warrenton VA 20188

Card Works Servicing, Inc
PO Box 9201
Old Bethpage, NY 11804

FMCC
12110 Emmet
Omaha, NE

American Medical Collection
Agency
4 Westchester Plaza
Building 4
Elmsford, NY 10523

CBCS
PO Box 163250
Columbus, OH 43216-2334

Franciscan Alliance Inc
35292 Eagle Way
Chicago, IL 60678-1352

American Revenue Corporation,
Inc
101 West 84th Drive
Suite D
Merrillville, IN 46410-6684

CCCR Services
POB 32299
Columbus OH 43232

Franciscan St. Margaret
2434 Interstate Plaza Drive #
Hammond IN 46324

ARM Solutions, Inc
PO Box 3666
Camarillo, CA 93011-3666

Circuit Court of Will County
Will County Courthouse
Twelfth Judicial Circuit
14 W. Jefferson Street
Joliet, IL 60432

Freedman Anselmo Lindberg &
Rappe LLC
1807 West Diehl Rd, #333
PO Box 3228
Naperville, IL 60566-7228

Asset Acceptance Corp
PO Box 2036
Warren, MI 48090-2036

CITI BANK SD NA
PO BOX 6241
SIOUX FALLS, SD 57117

Freedman Anselmo Lindberg &
Rappe LLC
1771 West Diehl Rd, #150
PO Box 3228
Naperville, IL 60566-7228

Athletic & Therapeutic Inst
4947 Paysphere Circle
Chicago, IL 60674-4947

Citibank, N.A.
701 E 60th street
Sioux Falls, SD 57104

Fulton, Freidman & Gullace LL
PO Box 2123
Warren, MI 48090-2123

Bowman, Heintz, Boscia &
Vician
8605 Broadway
Merrillville, IN 46410-7033

Direct Recovery Associates,
Inc.
5706 Corsa Ave
#200
Westlake Village, CA 91362

Fulton, Freidman & Gullace LL
5 East Van Buren #214
Joliet IL 60432

Bureau of Collection Recovery,
Inc.
7575 Corporate Way
Eden Prairie, MN 55344

Direct TV
Payment Center
PO Box 78626
Phoenix, AZ 85062

GE Capital Retail Bank
ATTN: Bankruptcy Dept.
PO Box 103104
Roswell GA 30076

GE Capital Retail Bank
ATTN: Bankruptcy Dept.
PO Box 103106
Roswell GA 30076

JP MORGAN CHASE
PO Box 659754
San Antonio, TX 78265-9754

MCM
PO BOX 603
OAKS PA 19456

GM Financial
PO Box 183834
Arlington, TX 76096

Komyatte & Casbon PC
9650 Gordon Drive
Highland, IN  46322

Medicredit, Inc
PO Box 1629
Maryland Heights, MO 63043-0629

Gottlieb Memorial Hospital
PO Box 99400
Louisville, KY  40269

Laboratory Corporation of
America
PO Box 2240
Burlington, NC 27216-2240

Merchants' Credit Guide Co.
223 W Jackson St
Chicago, IL 60606

Haster Law Office, PA
6640 Shady Oak Road, Suite 340
Eden Prairie MN 55344.7720

Law Firm of Allan C. Smith
The Bucks County Office Center
1276 Veterans Highway
Bristol, PA  19007

Methodist Hospitals
PO Box 66525
Indianapolis, IN  46266

HSBC/RS
95 Washington St
Buffalo, NY 14203

Loyola University Medical
Center
PO Box 3266
Milwaukee, WI 53201-3266

Midland Funding
8875 Aero Dr Ste 200
San Diego CA 92123

I.C. SYSTEM, INC.
PO BOX 64437
ST. PAUL, MN 55164-0437

Loyola University Medical
Center
C/O I.C.S.
PO Box 1010
Tinley Park, IL60477

Midwest Commercial Medical,
LLC
9074 Collection Center Dr
Chicago, IL 60693-0090

ICS Collection Service
PO Box 1010
Tinley Park, IL 60477-9110

Loyola University Medical
Center
PO Box 1010
Tinley Park, IL60477

Midwest Orthopaedic
Consultants
75 Remittance Srive
Ste 6581
Chicago, IL 60675-6581

Illinois Collection Service,
Inc
PO Box 1010
Tinley Park, IL60477-9110

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603

MiraMed Revenue Group LLC
PO Box 536
Linden MI 48451.0536

Illinois Collection Services
3101 W 95th St
Evergreen Park, IL 60805

LVNVFUNDG
PO Box 10584
Greenville, SC 29603

MiraMed RG
991 Oak Creek Drive
Lombard IL 60148

Invoice Audit Services
PO Box 559
Moon Twp., PA 15108

M2 Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

Monarch Recovery Managment,
Inc.
PO Box 21089
Philadelphia PA 19154.0589

Morgan & Pottinger, PSC
Attorney At Law
2401 Stanley Gault Pkwy
Louisville, KY 40223

PORTFOLIO GE CA
140 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

SYNCB/CARE
PO BOX 981439
El Paso, TX 79998

NCO FIN/22
507 Prudential rd
Horsham, PA 19044

Prof Bur of Collect of
Marlyand, Inc.
PO BOX 628
Elk Grove CA 95759.0628

SYNCB/GAP
PO BOX 981400
El Paso, TX 79998

New Pediatric Associates
8777 Broadway #B
Merrillville, IN  46410

Quest Diagnostics
PO Box 7306
Holiister, MO 65673-7306

SYNCB/jcp
PO BOX 965008
Orlando, FL 32896-5060

Nipsco
PO Box 13013
Merrillville, IN  46411-3013

Rubin & Levin
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204

SYNCB/SHAW
PO BOX 981439
El Paso, TX 79998

NW Ind Radiology Services
55 East 86th Ave
Suite A
PO Box 10645

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773

The Law Office of Kevin Z.
Shine
5965 Transit Road
Suite 500
East Amherst, NY 14051

Osterman Jewelers
PO Box 3680
Akron, OH 44309

Senex Services Corp
3333 Founders Blvd
Second Floor
Indianapolis, IN 46268

TransWorld Systems Inc
507 Prudential Rd.
Horsham, PA  19044

Osterman Jewelers
375 Ghent Rd
Akron, OH 44333

Senex Services Corp
3500 Depauw Blvd
Suite 305
Indianapolis, IN 46268

Trustmark Recovery Services
541 Otis Bowen Drive
Munster IN 46321

P. SCOTT LOWERY, P.C.
5680 GREENWOOD PLAZA BLVD
SUITE 500
GREENWOOD VILLAGE, CO 80111

Sisters of St Francis Health
Services
228 W US Highway 30
PMB #306
Schererville, IN 46375-1584

Vision Financial Services*
PO Box 1768
LaPorte, IN 46352-1768

PORTFOLIO CITIFI
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

Stellar Recovery Inc
1845 Highway 93 South
Kalispell MT 59901

Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341

PORTFOLIO CITIFI
140 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

Student Assistance Corporation
PO Box 9570
Wilkes Barre, PA  18773-9570

Weltman, Weinberg & Reis Co.,
LPA
180 North LaSalle St. Suite
2400
Chicago, IL 60601-2704

```
WF Finance
135 S Weber Rd
Bolingbook, IL 60490



WFNNB - BK
Bankruptcy Department
PO Box 182125
Columbus OH 43218.2125


World Fin Ntwk National Bk
Recov
PO Box 182125
Columbus OH 43218.2125


Zenith Acquisition
170 Northpointe Parkway, #300
Amherst, NY 14228
```

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                    Case No.:
Ricardo Uribe _____         SSN:  xxx-xx-2186 ____
Vanessa Uribe _____         SSN:  xxx-xx-5916 ____
Debtor(s)                                 ## Numbered Listing of Creditors

Address:
14325 Knox Ave                            Chapter:    7
Midlothian, IL 60445

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | ACC International<br>ACC Bldg<br>919 Estes Court<br>Schaumburg IL 60193.4427<br>xx7822 | Unsecured Claim | $215.97 |
| 2. | Accounts Recovery Bureau, Inc<br>555 Van Reed Rd<br>Wyomissing, PA 19610-0768<br>xxxxx2004 | Unsecured Claim | $1,386.02 |
| 3. | Allied Interstate, Inc<br>POB 4000<br>Warrenton VA 20188<br>xxxxxxxx9344 | Unsecured Claim | $405.00 |
| 4. | American Medical Collection Agency<br>4 Westchester Plaza<br>Building 4<br>Elmsford, NY 10523<br>xxxxxxx8401 | Unsecured Claim | $24.23 |
| 5. | American Revenue Corporation, Inc<br>101 West 84th Drive<br>Suite D<br>Merrillville, IN 46410-6684<br>xxxx755A | Unsecured Claim | $14.74 |
| 6. | American Revenue Corporation, Inc<br>101 West 84th Drive<br>Suite D<br>Merrillville, IN 46410-6684<br>xxxx662A | Unsecured Claim | $15.47 |

in re:  **Ricardo Uribe**

_____        _____
                        Debtor                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  American Revenue Corporation, Inc<br>101 West 84th Drive<br>Suite D<br>Merrillville, IN 46410-6684<br>xxxx412B | Unsecured Claim | $15.38 |
| 8.  ARM Solutions, Inc<br>PO Box 3666<br>Camarillo, CA 93011-3666<br>xxxxx5466 | Unsecured Claim | $17.94 |
| 9.  Asset Acceptance Corp<br>PO Box 2036<br>Warren, MI 48090-2036<br>xxxx5538 | Unsecured Claim | $22,602.81 |
| 10.  Athletic & Therapeutic Inst<br>4947 Paysphere Circle<br>Chicago, IL 60674-4947<br>xx4347 | Unsecured Claim | $134.34 |
| 11.  Bowman, Heintz, Boscia & Vician<br>8605 Broadway<br>Merrillville, IN 46410-7033<br>xxx5717 | Unsecured Claim | $6,719.00 |
| 12.  Bureau of Collection Recovery, Inc.<br>7575 Corporate Way<br>Eden Prairie, MN 55344<br>xxxx1074 | Unsecured Claim | $685.36 |
| 13.  Cach LLC<br>370 17th Street, Suite 5000<br>Denver CO 80202.3050<br>xxxxxxxx7777 | Unsecured Claim | $1,140.00 |
| 14.  Cach LLC<br>370 17th Street, Suite 5000<br>Denver CO 80202.3050<br>xxxxxxxx2880 | Unsecured Claim | $1,695.13 |
| 15.  Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>xxxx-xxxxxx-x4103 | Unsecured Claim | $5,517.11 |

in re:   **Ricardo Uribe**

_____          _____

Debtor                                                     Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Card Works Servicing, Inc<br>PO Box 9201<br>Old Bethpage, NY 11804<br>xxxxxx6527 | Unsecured Claim | $1,149.00 |
| 17. CBCS<br>PO Box 163250<br>Columbus, OH 43216-2334<br>xx-xxxx5604 | Unsecured Claim | $5,934.82 |
| 18. CBCS<br>PO Box 163250<br>Columbus, OH 43216-2334<br>xx-xxxxx3439 | Unsecured Claim | $238.83 |
| 19. CCCR Services<br>POB 32299<br>Columbus OH 43232<br>xxx5941 | Unsecured Claim | $200.00 |
| 20. Circuit Court of Will County<br>Will County Courthouse<br>Twelfth Judicial Circuit<br>14 W. Jefferson Street<br>Joliet, IL 60432<br>xx-xx-7429 | Unsecured Claim | $4,346.06 |
| 21. Circuit Court of Will County<br>Will County Courthouse<br>Twelfth Judicial Circuit<br>14 W. Jefferson Street<br>Joliet, IL 60432<br>xx-xR-487 | Unsecured Claim | $14,169.45 |
| 22. Circuit Court of Will County<br>Will County Courthouse<br>Twelfth Judicial Circuit<br>14 W. Jefferson Street<br>Joliet, IL 60432 | Unsecured Claim | $6,075.99 |
| 23. Circuit Court of Will County<br>Will County Courthouse<br>Twelfth Judicial Circuit<br>14 W. Jefferson Street<br>Joliet, IL 60432<br>xx xx x1379 | Unsecured Claim | $17,392.71 |
| 24. CITI BANK SD NA<br>PO BOX 6241<br>SIOUX FALLS, SD 57117<br>xxxxxxxxxxxx3106 | Unsecured Claim | $1,595.45 |

in re:  **Ricardo Uribe**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 25. | Citibank, N.A.<br>701 E 60th street<br>Sioux Falls, SD 57104<br>xxxx-xxxx-xxxx-8063 | Unsecured Claim | $19,187.60 |
| 26. | Direct Recovery Associates, Inc.<br>5706 Corsa Ave<br>#200<br>Westlake Village, CA 91362<br>xxxxx-x2294 | Unsecured Claim | $5,910.00 |
| 27. | Direct TV<br>Payment Center<br>PO Box 78626<br>Phoenix, AZ 85062<br>xxxx0549 | Unsecured Claim | $342.32 |
| 28. | Enhanced Recovery Co L<br>10550 Deerwood Park, Ste<br>Jacksonville, FL 32256<br>xxxx5872 | Unsecured Claim | $239.00 |
| 29. | Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville FL 32256<br>xxxx7201 | Unsecured Claim | $405.00 |
| 30. | FMCC<br>12110 Emmet<br>Omaha, NE<br>xxxx4712 | Unsecured Claim | $8,803.00 |
| 31. | Franciscan Alliance Inc<br>35292 Eagle Way<br>Chicago, IL 60678-1352<br>xxxxxxxxx0-PFP | Unsecured Claim | $301.00 |
| 32. | Franciscan Alliance Inc<br>35292 Eagle Way<br>Chicago, IL 60678-1352<br>xxxxxxxxx4-BDY | Unsecured Claim | $566.76 |
| 33. | Franciscan Alliance Inc<br>35292 Eagle Way<br>Chicago, IL 60678-1352<br>xxxxxxxxx4-BDY | Unsecured Claim | $528.77 |

in re:   **Ricardo Uribe**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 34.    Franciscan Alliance Inc<br>35292 Eagle Way<br>Chicago, IL 60678-1352<br>xxxxxxxxx2-BDY | Unsecured Claim | $290.49 |
| 35.    Franciscan St. Margaret<br>2434 Interstate Plaza Drive #2<br>Hammond IN 46324<br>xxxxxx3709 | Unsecured Claim | $150.00 |
| 36.    Freedman Anselmo Lindberg & Rappe LLC<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228<br>xxxx1406 | Unsecured Claim | $5,304.15 |
| 37.    Freedman Anselmo Lindberg & Rappe LLC<br>1771 West Diehl Rd, #150<br>PO Box 3228<br>Naperville, IL 60566-7228<br>xxxx1406 | Unsecured Claim | $5,791.07 |
| 38.    Fulton, Freidman & Gullace LLP<br>PO Box 2123<br>Warren, MI 48090-2123<br>xx-xx5923 | Unsecured Claim | $18,120.65 |
| 39.    Fulton, Freidman & Gullace LLP<br>5 East Van Buren #214<br>Joliet IL 60432<br>xx-xx-x1379 | Unsecured Claim | $19,187.60 |
| 40.    GE Capital Retail Bank<br>ATTN: Bankruptcy Dept.<br>PO Box 103104<br>Roswell GA 30076<br>xxxx-xxxx-xxxx-0164 | Unsecured Claim | $1,361.57 |
| 41.    GE Capital Retail Bank<br>ATTN: Bankruptcy Dept.<br>PO Box 103106<br>Roswell GA 30076<br>xxxxxxxxxxx3106 | Unsecured Claim | $870.24 |
| 42.    GE Capital Retail Bank<br>ATTN: Bankruptcy Dept.<br>PO Box 103106<br>Roswell GA 30076<br>xxxxxxxxxxx3177 | Unsecured Claim | $677.99 |

in re:  **Ricardo Uribe**

| | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 43. GE Capital Retail Bank<br>ATTN: Bankruptcy Dept.<br>PO Box 103104<br>Roswell GA 30076<br>xxxxxx4801 | Unsecured Claim | $279.52 |
| 44. GE Capital Retail Bank<br>ATTN: Bankruptcy Dept.<br>PO Box 103106<br>Roswell GA 30076<br>xxxx-xxxx-xxxx-8636 | Unsecured Claim | $5,823.73 |
| 45. GM Financial<br>PO Box 183834<br>Arlington, TX 76096<br>xxxxx9676 | Secured Claim | $22,764.53 |
| 46. Gottlieb Memorial Hospital<br>PO Box 99400<br>Louisville, KY  40269<br>xxxxxxxx0011 | Unsecured Claim | $1,827.10 |
| 47. Haster Law Office, PA<br>6640 Shady Oak Road, Suite 340<br>Eden Prairie MN 55344.7720<br>xxxxxx4928 | Unsecured Claim | $2,436.26 |
| 48. HSBC/RS<br>95 Washington St<br>Buffalo, NY 14203<br>xxxxxx-xxxxxx3347 | Unsecured Claim | $8,694.00 |
| 49. I.C. SYSTEM, INC.<br>PO BOX 64437<br>ST. PAUL, MN 55164-0437<br>xxxxxxx3-1-09 | Unsecured Claim | $238.93 |
| 50. ICS Collection Service<br>PO Box 1010<br>Tinley Park, IL 60477-9110<br>xxxx3072 | Unsecured Claim | $3,775.42 |
| 51. Illinois Collection Service, Inc<br>PO Box 1010<br>Tinley Park, IL60477-9110<br>xxxx7611 | Unsecured Claim | $126.40 |

in re:  **Ricardo Uribe**

| | | Debtor | Case No. (if known) |
|---|---|---|---|
| Creditor name and mailing address | | Category of claim | Amount of claim |
| 52. | Illinois Collection Services<br>3101 W 95th St<br>Evergreen Park, IL 60805<br>xxxx2281 | Unsecured Claim | $153.00 |
| 53. | Invoice Audit Services<br>PO Box 559<br>Moon Twp., PA 15108<br>xxxxxx-x7067 | Unsecured Claim | $20.00 |
| 54. | JP MORGAN CHASE<br>PO Box 659754<br>San Antonio, TX 78265-9754<br>xxxxxxxxxx1336 | Unsecured Claim | $2.72 |
| 55. | Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN  46322<br>xxx1988 | Unsecured Claim | $376.00 |
| 56. | Laboratory Corporation of America<br>PO Box 2240<br>Burlington, NC 27216-2240<br>xxxx5686 | Unsecured Claim | $18.37 |
| 57. | Law Firm of Allan C. Smith<br>The Bucks County Office Center<br>1276 Veterans Highway<br>Bristol, PA  19007<br>xxxxxxxx2880 | Unsecured Claim | $1,695.13 |
| 58. | Loyola University Medical Center<br>PO Box 3266<br>Milwaukee, WI 53201-3266<br>xxx6090 | Unsecured Claim | $91.40 |
| 59. | Loyola University Medical Center<br>C/O I.C.S.<br>PO Box 1010<br>Tinley Park, IL60477<br>xxxx7685 | Unsecured Claim | $212.00 |
| 60. | Loyola University Medical Center<br>PO Box 1010<br>Tinley Park, IL60477<br>xxxx4134 | Unsecured Claim | $580.00 |

in re:  **Ricardo Uribe**

_____          _____

Debtor                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61. Loyola University Medical Center<br>PO Box 1010<br>Tinley Park, IL60477<br>xxxx3959 | Unsecured Claim | $3,631.00 |
| 62. Loyola University Medical Center<br>PO Box 1010<br>Tinley Park, IL60477<br>xxxx6016 | Unsecured Claim | $129.00 |
| 63. Loyola University Medical Center<br>PO Box 1010<br>Tinley Park, IL60477<br>xxxx1154 | Unsecured Claim | $129.00 |
| 64. LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603<br>xxxxx3249 | Unsecured Claim | $14,169.45 |
| 65. LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603<br>xxxx-xxxx-xxxx-8636 | Unsecured Claim | $5,823.73 |
| 66. LVNVFUNDG<br>PO Box 10584<br>Greenville, SC 29603<br>xxxx5269 | Unsecured Claim | $1,149.00 |
| 67. M2 Revenue Group<br>991 Oak Creek Drive<br>Lombard, IL 60148<br>xxxxxx-x5991 | Unsecured Claim | $180.00 |
| 68. MCM<br>PO BOX 603<br>OAKS PA 19456<br>xxxxxxxx9742 | Unsecured Claim | $8,456.11 |
| 69. Medicredit, Inc<br>PO Box 1629<br>Maryland Heights, MO 63043-0629<br>xxxx3285 | Unsecured Claim | $75.00 |

in re:   **Ricardo Uribe**

_____

Debtor

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70.  Merchants' Credit Guide Co.<br>223 W Jackson St<br>Chicago, IL 60606<br>xxxxxx1333 | Unsecured Claim | $233.00 |
| 71.  Methodist Hospitals<br>PO Box 66525<br>Indianapolis, IN  46266<br>xxxx7653 | Unsecured Claim | $4,576.78 |
| 72.  Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego CA 92123<br>xxxxxx5974 | Unsecured Claim | $9,593.00 |
| 73.  Midwest Commercial Medical, LLC<br>9074 Collection Center Dr<br>Chicago, IL 60693-0090<br>x6589 | Unsecured Claim | $3,150.00 |
| 74.  Midwest Orthopaedic Consultants<br>75 Remittance Srive<br>Ste 6581<br>Chicago, IL 60675-6581<br>xx3810 | Unsecured Claim | $153.28 |
| 75.  MiraMed Revenue Group LLC<br>PO Box 536<br>Linden MI 48451.0536<br>xxx189-1 | Unsecured Claim | $40.00 |
| 76.  MiraMed Revenue Group LLC<br>PO Box 536<br>Linden MI 48451.0536<br>xxxxxx3709 | Unsecured Claim | $150.00 |
| 77.  MiraMed RG<br>991 Oak Creek Drive<br>Lombard IL 60148<br>xxxx5730 | Unsecured Claim | $150.00 |
| 78.  MiraMed RG<br>991 Oak Creek Drive<br>Lombard IL 60148<br>xxxxxx9204 | Unsecured Claim | $566.76 |

Case No. (if known)

in re:  **Ricardo Uribe**

Debtor | Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79. MiraMed RG<br>991 Oak Creek Drive<br>Lombard IL 60148<br>xxxxxx2434 | Unsecured Claim | $528.77 |
| 80. MiraMed RG<br>991 Oak Creek Drive<br>Lombard IL 60148<br>xxxxxx9392 | Unsecured Claim | $290.49 |
| 81. MiraMed RG<br>991 Oak Creek Drive<br>Lombard IL 60148<br>xxxx0699 | Unsecured Claim | $566.76 |
| 82. Monarch Recovery Managment, Inc.<br>PO Box 21089<br>Philadelphia PA 19154.0589<br>xxxx8221 | Unsecured Claim | $1,396.57 |
| 83. Morgan & Pottinger, PSC<br>Attorney At Law<br>2401 Stanley Gault Pkwy<br>Louisville, KY 40223<br>xxxx8834 | Unsecured Claim | $5,823.73 |
| 84. NCO FIN/22<br>507 Prudential rd<br>Horsham, PA 19044<br>xxJ487 | Unsecured Claim | $239.80 |
| 85. New Pediatric Associates<br>8777 Broadway #B<br>Merrillville, IN  46410<br>xxxxxx0000 | Unsecured Claim | $380.00 |
| 86. Nipsco<br>PO Box 13013<br>Merrillville, IN  46411-3013<br>xxxxxx0054 | Unsecured Claim | $260.00 |
| 87. NW Ind Radiology Services<br>55 East 86th Ave<br>Suite A<br>PO Box 10645<br>xxx7655 | Unsecured Claim | $14.20 |

in re:   **Ricardo Uribe**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 88. Osterman Jewelers<br>PO Box 3680<br>Akron, OH 44309<br>xxxxx4928 | Unsecured Claim | $2,973.74 |
| 89. Osterman Jewelers<br>375 Ghent Rd<br>Akron, OH 44333 | Unsecured Claim | $2,436.00 |
| 90. P. SCOTT LOWERY, P.C.<br>5680 GREENWOOD PLAZA BLVD<br>SUITE 500<br>GREENWOOD VILLAGE, CO 80111<br>xxxxxxxx2880 | Unsecured Claim | $1,695.13 |
| 91. PORTFOLIO CITIFI<br>120 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502<br>xxxxxxxxxxxx3015 | Unsecured Claim | $335.51 |
| 92. PORTFOLIO CITIFI<br>140 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502<br>xxxxxxxxxx6027 | Unsecured Claim | $1,637.00 |
| 93. PORTFOLIO CITIFI<br>140 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502<br>xxxxxxxxxx0164 | Unsecured Claim | $1,397.00 |
| 94. PORTFOLIO GE CA<br>140 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502<br>xxxxx4781 | Unsecured Claim | $332.00 |
| 95. PORTFOLIO GE CA<br>140 CORPORATE BLVD, STE 100<br>NORFOLK, VA 23502<br>xxxxx6080 | Unsecured Claim | $235.00 |
| 96. Prof Bur of Collect of Marlyand, Inc.<br>PO BOX 628<br>Elk Grove CA 95759.0628<br>xxxxx4703 | Unsecured Claim | $1,636.73 |

in re:   **Ricardo Uribe**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 97.  Quest Diagnostics<br>PO Box 7306<br>Hollister, MO 65673-7306<br>xxxxxx0902 | Unsecured Claim | $6.00 |
| 98.  Rubin & Levin<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204<br>xxxx3087 | Unsecured Claim | $5,525.00 |
| 99.  Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA 18773<br>xxxxxxxxxxxxx1200 | Unsecured Claim | $8,276.00 |
| 100.  Senex Services Corp<br>3333 Founders Blvd<br>Second Floor<br>Indianapolis, IN 46268<br>xxxxx4706 | Unsecured Claim | $87.67 |
| 101.  Senex Services Corp<br>3333 Founders Blvd<br>Second Floor<br>Indianapolis, IN 46268<br>xxxxx3944 | Unsecured Claim | $33.10 |
| 102.  Senex Services Corp<br>3500 Depauw Blvd<br>Suite 305<br>Indianapolis, IN 46268<br>xxxxxx62N1 | Unsecured Claim | $537.00 |
| 103.  Senex Services Corp<br>3500 Depauw Blvd<br>Suite 305<br>Indianapolis, IN 46268<br>xxxxxx99N1 | Unsecured Claim | $55.00 |
| 104.  Senex Services Corp<br>3500 Depauw Blvd<br>Suite 305<br>Indianapolis, IN 46268<br>xxxxxx73N1 | Unsecured Claim | $54.00 |
| 105.  Senex Services Corp<br>3500 Depauw Blvd<br>Suite 305<br>Indianapolis, IN 46268<br>xxxxxx66N1 | Unsecured Claim | $54.00 |

in re:   **Ricardo Uribe**

Debtor

| Creditor name and mailing address | Category of claim | Case No. (if known) |
|---|---|---|
| | | Amount of claim |
| 106. Sisters of St Francis Health Services<br>228 W US Highway 30<br>PMB #306<br>Schererville, IN 46375-1584<br>xxxxxxxxx5-PFP | Unsecured Claim | $124.52 |
| 107. Stellar Recovery Inc<br>1845 Highway 93 South<br>Kalispell MT 59901<br>xxxxxxxxxxxx6974 | Unsecured Claim | $72.04 |
| 108. Student Assistance Corporation<br>PO Box 9570<br>Wilkes Barre, PA  18773-9570<br>xxxxxx5623 | Unsecured Claim | $5,000.00 |
| 109. SYNCB/CARE<br>PO BOX 981439<br>El Paso, TX 79998<br>xxxxxxxxxxxx3177 | Unsecured Claim | $593.00 |
| 110. SYNCB/GAP<br>PO BOX 981400<br>El Paso, TX 79998<br>xxxxxxxx2038 | Unsecured Claim | $863.00 |
| 111. SYNCB/jcp<br>PO BOX 965008<br>Orlando, FL 32896-5060<br>xxxxxxxx8396 | Unsecured Claim | $108.00 |
| 112. SYNCB/SHAW<br>PO BOX 981439<br>El Paso, TX 79998<br>xxxxxxxxxxxx3106 | Unsecured Claim | $840.00 |
| 113. The Law Office of Kevin Z. Shine<br>5965 Transit Road<br>Suite 500<br>East Amherst, NY 14051<br>xxxxxxxx7777 | Unsecured Claim | $1,139.75 |
| 114. TransWorld Systems Inc<br>507 Prudential Rd.<br>Horsham, PA  19044<br>xxxxx-xxxxxx4347 | Unsecured Claim | $134.34 |

in re:  **Ricardo Uribe**

_____

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 115. TransWorld Systems Inc<br>507 Prudential Rd.<br>Horsham, PA 19044<br>xxxxx-xxxxxx4347 | Unsecured Claim | $134.34 |
| 116. Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster IN 46321<br>xxxxx0191 | Unsecured Claim | $55.71 |
| 117. Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster IN 46321<br>xxxxx0223 | Unsecured Claim | $86.70 |
| 118. Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster IN 46321<br>xxxxx0004 | Unsecured Claim | $314.35 |
| 119. Vision Financial Services*<br>PO Box 1768<br>LaPorte, IN 46352-1768<br>xx6244 | Unsecured Claim | $75.00 |
| 120. Wells Fargo Dealer Services<br>PO Box 25341<br>Santa Ana, CA 92799-5341<br>xxxxxx2557 | Secured Claim | $7,358.01 |
| 121. Weltman, Weinberg & Reis Co., LPA<br>180 North LaSalle St. Suite 2400<br>Chicago, IL 60601-2704<br>xxxx6425 | Unsecured Claim | $14,169.45 |
| 122. WF Finance<br>135 S Weber Rd<br>Bolingbook, IL 60490<br>xxxxxxxxxxxx5269 | Unsecured Claim | $1,369.00 |
| 123. WFNNB - BK<br>Bankruptcy Department<br>PO Box 182125<br>Columbus OH 43218.2125<br>xxx-xx6-080 | Unsecured Claim | $191.32 |

in re:  **Ricardo Uribe**

| | | |
|---|---|---|
| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 124. WFNNB - BK<br>Bankruptcy Department<br>PO Box 182125<br>Columbus OH 43218.2125<br>xxx-xx4-781 | Unsecured Claim | $165.49 |
| 125. WFNNB - BK<br>Bankruptcy Department<br>PO Box 182125<br>Columbus OH 43218.2125<br>xxxxxxxxxxx6027 | Unsecured Claim | $2,500.00 |
| 126. WFNNB - BK<br>Bankruptcy Department<br>PO Box 182125<br>Columbus OH 43218.2125<br>x-xxxx-6080 | Unsecured Claim | $230.59 |
| 127. World Fin Ntwk National Bk Recov<br>PO Box 182125<br>Columbus OH 43218.2125<br>xxx-xx4-781 | Unsecured Claim | $331.77 |
| 128. Zenith Acquisition<br>170 Northpointe Parkway, #300<br>Amherst, NY 14228<br>xxxxxx6527 | Unsecured Claim | $1,163.13 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **Ricardo Uribe**

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,* consisting of ___15___ sheets (including this declaration), and that it is true and correct to the best of my information and belief. the best of my information and belief.

Debtor: _____   Date: 11/20/2014
        **Ricardo Uribe**

Spouse: _____   Date: 11/20/2014
        **Vanessa Uribe**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Ricardo Uribe**
**Vanessa Uribe**

CASE NO.

CHAPTER   7

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 20, 2014, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules.

Date:   **11/20/2014**

_____
Attorney for the Debtor(s)

ACC International
xx7822
ACC Bldg
919 Estes Court
Schaumburg IL 60193.4427

American Revenue Corporation, Inc
xxxx412B
101 West 84th Drive
Suite D
Merrillville, IN 46410-6684

Cach LLC
xxxxxxx7777
370 17th Street, Suite 5000
Denver CO 80202.3050

Accounts  Recovery Bureau, Inc
xxxxx2004
555 Van Reed Rd
Wyomissing, PA 19610-0768

ARM Solutions, Inc
xxxxx5466
PO Box 3666
Camarillo, CA 93011-3666

Cach LLC
xxxxxxx2880
370 17th Street, Suite 5000
Denver CO 80202.3050

Allied Interstate, Inc
xxxxxxxx9344
POB 4000
Warrenton VA 20188

Asset Acceptance Corp
xxxx5538
PO Box 2036
Warren, MI 48090-2036

Capital Management Services, LP
xxxx-xxxxx-x4103
726 Exchange Street, suite 700
Buffalo, NY 14210

American Medical Collection Agency
xxxxxxx8401
4 Westchester Plaza
Building 4
Elmsford, NY 10523

Athletic & Therapeutic Inst
xx4347
4947 Paysphere Circle
Chicago, IL 60674-4947

Card Works Servicing, Inc
xxxxxx6527
PO Box 9201
Old Bethpage, NY 11804

American Revenue Corporation, Inc
xxxx755A
101 West 84th Drive
Suite D
Merrillville, IN 46410-6684

Bowman, Heintz, Boscia & Vician
xxx5717
8605 Broadway
Merrillville, IN 46410-7033

CBCS
xx-xxxx5604
PO Box 163250
Columbus, OH 43216-2334

American Revenue Corporation, Inc
xxxx662A
101 West 84th Drive
Suite D
Merrillville, IN 46410-6684

Bureau of Collection Recovery, Inc.
xxxx1074
7575 Corporate Way
Eden Prairie, MN 55344

CBCS
xx-xxxxx3439
PO Box 163250
Columbus, OH 43216-2334

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:    **Ricardo Uribe**
**Vanessa Uribe**

CASE NO.

CHAPTER    **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

---

CCCR Services
xxx5941
POB 32299
Columbus OH 43232

Enhanced Recovery Corp
xxxx7201
8014 Bayberry Road
Jacksonville FL 32256

Freedman Anselmo Lindberg & Rappe
LLC
xxxx1406
1771 West Diehl Rd, #150
PO Box 3228
Naperville, IL 60566-7228


Circuit Court of Will County
Will County Courthouse
Twelfth Judicial Circuit
14 W. Jefferson Street
Joliet, IL 60432

FMCC
xxxx4712
12110 Emmet
Omaha, NE

Fulton, Freidman & Gullace LLP
xx-xx5923
PO Box 2123
Warren, MI 48090-2123


CITI BANK SD NA
xxxxxxxxxxxxx3106
PO BOX 6241
SIOUX FALLS, SD 57117

Franciscan Alliance Inc
xxxxxxxxx0-PFP
35292 Eagle Way
Chicago, IL 60678-1352

Fulton, Freidman & Gullace LLP
xx-xx-x1379
5 East Van Buren #214
Joliet IL  60432


Citibank, N.A.
xxxx-xxxx-xxxx-8063
701 E 60th street
Sioux Falls, SD 57104

Franciscan Alliance Inc
xxxxxxxxx4-BDY
35292 Eagle Way
Chicago, IL 60678-1352

GE Capital Retail Bank
xxxx-xxxx-xxxx-0164
ATTN: Bankruptcy Dept.
PO Box 103104
Roswell GA 30076


Direct Recovery Associates, Inc.
xxxxx-x2294
5706 Corsa Ave
#200
Westlake Village, CA 91362

Franciscan Alliance Inc
xxxxxxxxx2-BDY
35292 Eagle Way
Chicago, IL 60678-1352

GE Capital Retail Bank
xxxxxxxxxxxx3106
ATTN: Bankruptcy Dept.
PO Box 103106
Roswell GA 30076


Direct TV
xxxx0549
Payment Center
PO Box 78626
Phoenix, AZ 85062

Franciscan St. Margaret
xxxxxx3709
2434 Interstate Plaza Drive #2
Hammond IN 46324

GE Capital Retail Bank
xxxxxxxxxxxx3177
ATTN: Bankruptcy Dept.
PO Box 103106
Roswell GA 30076


Enhanced Recovery Co L
xxxx5872
10550 Deerwood Park, Ste
Jacksonville, FL 32256

Freedman Anselmo Lindberg & Rappe
LLC
xxxx1406
1807 West Diehl Rd, #333
PO Box 3228
Naperville, IL 60566-7228

GE Capital Retail Bank
xxxxxxx4801
ATTN: Bankruptcy Dept.
PO Box 103104
Roswell GA 30076

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:   **Ricardo Uribe**
**Vanessa Uribe**

CASE NO.

CHAPTER   **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #2)

---

GE Capital Retail Bank
xxxx-xxxx-xxxx-8636
ATTN: Bankruptcy Dept.
PO Box 103106
Roswell GA 30076

Illinois Collection Service, Inc
xxxx7611
PO Box 1010
Tinley Park, IL60477-9110

Loyola University Medical Center
xxx6090
PO Box 3266
Milwaukee, WI 53201-3266


GM Financial
xxxxx9676
PO Box 183834
Arlington, TX 76096

Illinois Collection Services
xxxx2281
3101 W 95th St
Evergreen Park, IL 60805

Loyola University Medical Center
xxxx7685
C/O I.C.S.
PO Box 1010
Tinley Park, IL60477


Gottlieb Memorial Hospital
xxxxxxxx0011
PO Box 99400
Louisville, KY  40269

Invoice Audit Services
xxxxxx-x7067
PO Box 559
Moon Twp., PA 15108

Loyola University Medical Center
xxxx4134
PO Box 1010
Tinley Park, IL60477


Haster Law Office, PA
xxxxxx4928
6640 Shady Oak Road, Suite 340
Eden Prairie MN 55344.7720

JP MORGAN CHASE
xxxxxxxxxxxx1336
PO Box 659754
San Antonio, TX 78265-9754

Loyola University Medical Center
xxxx3959
PO Box 1010
Tinley Park, IL60477


HSBC/RS
xxxxxx-xxxxxx3347
95 Washington St
Buffalo, NY 14203

Komyatte & Casbon PC
xxx1988
9650 Gordon Drive
Highland, IN  46322

Loyola University Medical Center
xxxx6016
PO Box 1010
Tinley Park, IL60477


I.C. SYSTEM, INC.
xxxxxxx3-1-09
PO BOX 64437
ST. PAUL, MN 55164-0437

Laboratory Corporation of America
xxxx5686
PO Box 2240
Burlington, NC 27216-2240

Loyola University Medical Center
xxxx1154
PO Box 1010
Tinley Park, IL60477


ICS Collection Service
xxxx3072
PO Box 1010
Tinley Park, IL 60477-9110

Law Firm of Allan C. Smith
xxxxxxxx2880
The Bucks County Office Center
1276 Veterans Highway
Bristol, PA  19007

LVNV Funding LLC
xxxxx3249
PO Box 10497
Greenville, SC 29603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Ricardo Uribe**
**Vanessa Uribe**

CASE NO.

CHAPTER   **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #3)

| | | |
|---|---|---|
| LVNV Funding LLC<br>xxxx-xxxx-xxxx-8636<br>PO Box 10497<br>Greenville, SC 29603 | Midland Funding<br>xxxxxx5974<br>8875 Aero Dr Ste 200<br>San Diego CA 92123 | MiraMed RG<br>xxxxxx2434<br>991 Oak Creek Drive<br>Lombard IL 60148 |
| LVNVFUNDG<br>xxxx5269<br>PO Box 10584<br>Greenville, SC 29603 | Midwest Commercial Medical, LLC<br>x6589<br>9074 Collection Center Dr<br>Chicago, IL 60693-0090 | MiraMed RG<br>xxxxxx9392<br>991 Oak Creek Drive<br>Lombard IL 60148 |
| M2 Revenue Group<br>xxxxxx-x5991<br>991 Oak Creek Drive<br>Lombard, IL 60148 | Midwest Orthopaedic Consultants<br>xx3810<br>75 Remittance Srive<br>Ste 6581<br>Chicago, IL 60675-6581 | MiraMed RG<br>xxxx0699<br>991 Oak Creek Drive<br>Lombard IL 60148 |
| MCM<br>xxxxxxxx9742<br>PO BOX 603<br>OAKS PA 19456 | MiraMed Revenue Group LLC<br>xxx189-1<br>PO Box 536<br>Linden MI 48451.0536 | Monarch Recovery Managment, Inc.<br>xxxx8221<br>PO Box 21089<br>Philadelphia PA 19154.0589 |
| Medicredit, Inc<br>xxxx3285<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | MiraMed Revenue Group LLC<br>xxxxxx3709<br>PO Box 536<br>Linden MI 48451.0536 | Morgan & Pottinger, PSC<br>xxxx8834<br>Attorney At Law<br>2401 Stanley Gault Pkwy<br>Louisville, KY 40223 |
| Merchants' Credit Guide Co.<br>xxxxxx1333<br>223 W Jackson St<br>Chicago, IL 60606 | MiraMed RG<br>xxxx5730<br>991 Oak Creek Drive<br>Lombard IL 60148 | NCO FIN/22<br>xxJ487<br>507 Prudential rd<br>Horsham, PA 19044 |
| Methodist Hospitals<br>xxxx7653<br>PO Box 66525<br>Indianapolis, IN  46266 | MiraMed RG<br>xxxxxx9204<br>991 Oak Creek Drive<br>Lombard IL 60148 | New Pediatric Associates<br>xxxxxx0000<br>8777 Broadway #B<br>Merrillville, IN  46410 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Ricardo Uribe**
**Vanessa Uribe**

CASE NO.

CHAPTER   **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #4)

---

Nipsco
xxxxxx0054
PO Box 13013
Merrillville, IN  46411-3013

PORTFOLIO CITIFI
xxxxxxxxxx0164
140 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

Sallie Mae
xxxxxxxxxxxxx1200
PO Box 9500
Wilkes Barre, PA 18773

NW Ind Radiology Services
xxx7655
55 East 86th Ave
Suite A
PO Box 10645

PORTFOLIO GE CA
xxxxx4781
140 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

Senex Services Corp
xxxxx4706
3333 Founders Blvd
Second Floor
Indianapolis, IN 46268

Osterman Jewelers
xxxxxx4928
PO Box 3680
Akron, OH 44309

PORTFOLIO GE CA
xxxxx6080
140 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

Senex Services Corp
xxxxx3944
3333 Founders Blvd
Second Floor
Indianapolis, IN 46268

Osterman Jewelers
375 Ghent Rd
Akron, OH 44333

Prof Bur of Collect of Marlyand, Inc.
xxxxx4703
PO BOX 628
Elk Grove CA 95759.0628

Senex Services Corp
xxxxxx62N1
3500 Depauw Blvd
Suite 305
Indianapolis, IN 46268

P. SCOTT LOWERY, P.C.
xxxxxxxx2880
5680 GREENWOOD PLAZA BLVD
SUITE 500
GREENWOOD VILLAGE, CO 80111

Quest Diagnostics
xxxxxx0902
PO Box 7306
Holiister, MO 65673-7306

Senex Services Corp
xxxxxx99N1
3500 Depauw Blvd
Suite 305
Indianapolis, IN 46268

PORTFOLIO CITIFI
xxxxxxxxxxxx3015
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

Ricardo Uribe
14325 Knox Ave
Midlothian, IL 60445

Senex Services Corp
xxxxxx73N1
3500 Depauw Blvd
Suite 305
Indianapolis, IN 46268

PORTFOLIO CITIFI
xxxxxxxxxx6027
140 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

Rubin & Levin
xxxx3087
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204

Senex Services Corp
xxxxxx66N1
3500 Depauw Blvd
Suite 305
Indianapolis, IN 46268

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:    Ricardo Uribe
Vanessa Uribe

CASE NO.

CHAPTER    7

## CERTIFICATE OF SERVICE

(Continuation Sheet #5)

| | | |
|---|---|---|
| Sisters of St Francis Health Services<br>xxxxxxxxx5-PFP<br>228 W US Highway 30<br>PMB #306<br>Schererville, IN 46375-1584 | The Law Office of Kevin Z. Shine<br>xxxxxxxx7777<br>5965 Transit Road<br>Suite 500<br>East Amherst, NY 14051 | Weltman, Weinberg & Reis Co., LPA<br>xxxx6425<br>180 North LaSalle St. Suite 2400<br>Chicago, IL 60601-2704 |
| Stellar Recovery Inc<br>xxxxxxxxxxxx6974<br>1845 Highway 93 South<br>Kalispell MT 59901 | TransWorld Systems Inc<br>xxxxx-xxxxxx4347<br>507 Prudential Rd.<br>Horsham, PA  19044 | WF Finance<br>xxxxxxxxxxxx5269<br>135 S Weber Rd<br>Bolingbook, IL 60490 |
| Student Assistance Corporation<br>xxxxxx5623<br>PO Box 9570<br>Wilkes Barre, PA  18773-9570 | Trustmark Recovery Services<br>xxxxx0191<br>541 Otis Bowen Drive<br>Munster IN 46321 | WFNNB - BK<br>xxx-xx6-080<br>Bankruptcy Department<br>PO Box 182125<br>Columbus OH 43218.2125 |
| SYNCB/CARE<br>xxxxxxxxxxxx3177<br>PO BOX 981439<br>El Paso, TX 79998 | Trustmark Recovery Services<br>xxxxx0223<br>541 Otis Bowen Drive<br>Munster IN 46321 | WFNNB - BK<br>xxx-xx4-781<br>Bankruptcy Department<br>PO Box 182125<br>Columbus OH 43218.2125 |
| SYNCB/GAP<br>xxxxxxxx2038<br>PO BOX 981400<br>El Paso, TX 79998 | Trustmark Recovery Services<br>xxxxx0004<br>541 Otis Bowen Drive<br>Munster IN 46321 | WFNNB - BK<br>xxxxxxxxxxxx6027<br>Bankruptcy Department<br>PO Box 182125<br>Columbus OH 43218.2125 |
| SYNCB/jcp<br>xxxxxxxx8396<br>PO BOX 965008<br>Orlando, FL 32896-5060 | Vision Financial Services*<br>xx6244<br>PO Box 1768<br>LaPorte, IN 46352-1768 | WFNNB - BK<br>x-xxxx-6080<br>Bankruptcy Department<br>PO Box 182125<br>Columbus OH 43218.2125 |
| SYNCB/SHAW<br>xxxxxxxxxxxx3106<br>PO BOX 981439<br>El Paso, TX 79998 | Wells Fargo Dealer Services<br>xxxxxx2557<br>PO Box 25341<br>Santa Ana, CA 92799-5341 | World Fin Ntwk National Bk Recov<br>xxx-xx4-781<br>PO Box 182125<br>Columbus OH 43218.2125 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE: **Ricardo Uribe**
**Vanessa Uribe**

CASE NO.

CHAPTER 7

## CERTIFICATE OF SERVICE

(Continuation Sheet #6)

Zenith Acquisition
xxxxxx6527
170 Northpointe Parkway, #300
Amherst, NY 14228

ACC International
ACC Bldg
919 Estes Court
Schaumburg IL 60193.4427


Accounts  Recovery Bureau, Inc
555 Van Reed Rd
Wyomissing, PA 19610-0768


Allied Interstate, Inc
POB 4000
Warrenton VA 20188


American Medical Collection Agency
4 Westchester Plaza
Building 4
Elmsford, NY 10523


American Revenue Corporation, Inc
101 West 84th Drive
Suite D
Merrillville, IN 46410-6684


ARM Solutions, Inc
PO Box 3666
Camarillo, CA 93011-3666


Asset Acceptance Corp
PO Box 2036
Warren, MI 48090-2036


Athletic & Therapeutic Inst
4947 Paysphere Circle
Chicago, IL 60674-4947


Bowman, Heintz, Boscia & Vician
8605 Broadway
Merrillville, IN 46410-7033

Bureau of Collection Recovery, Inc.
7575 Corporate Way
Eden Prairie, MN 55344


Cach LLC
370 17th Street, Suite 5000
Denver CO 80202.3050


Capital Management Services, LP
726 Exchange Street, suite 700
Buffalo, NY 14210


Card Works Servicing, Inc
PO Box 9201
Old Bethpage, NY 11804


CBCS
PO Box 163250
Columbus, OH 43216-2334


CCCR Services
POB 32299
Columbus OH 43232


Circuit Court of Will County
Will County Courthouse
Twelfth Judicial Circuit
14 W. Jefferson Street
Joliet, IL 60432

CITI BANK SD NA
PO BOX 6241
SIOUX FALLS, SD 57117


Citibank, N.A.
701 E 60th street
Sioux Falls, SD 57104

Direct Recovery Associates, Inc.
5706 Corsa Ave
#200
Westlake Village, CA 91362


Direct TV
Payment Center
PO Box 78626
Phoenix, AZ 85062


Enhanced Recovery Co L
10550 Deerwood Park, Ste
Jacksonville, FL 32256


Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville FL 32256


FMCC
12110 Emmet
Omaha, NE


Franciscan Alliance Inc
35292 Eagle Way
Chicago, IL 60678-1352


Franciscan St. Margaret
2434 Interstate Plaza Drive #2
Hammond IN 46324


Freedman Anselmo Lindberg & Rappe LLC
1807 West Diehl Rd, #333
PO Box 3228
Naperville, IL 60566-7228


Freedman Anselmo Lindberg & Rappe LLC
1771 West Diehl Rd, #150
PO Box 3228
Naperville, IL 60566-7228

Fulton, Freidman & Gullace LLP
PO Box 2123
Warren, MI 48090-2123


Fulton, Freidman & Gullace LLP
5 East Van Buren #214
Joliet IL  60432


GE Capital Retail Bank
ATTN: Bankruptcy Dept.
PO Box 103104
Roswell GA 30076


GE Capital Retail Bank
ATTN: Bankruptcy Dept.
PO Box 103106
Roswell GA 30076


GM Financial
PO Box 183834
Arlington, TX 76096


Gottlieb Memorial Hospital
PO Box 99400
Louisville, KY  40269


Haster Law Office, PA
6640 Shady Oak Road, Suite 340
Eden Prairie MN 55344.7720


HSBC/RS
95 Washington St
Buffalo, NY 14203


I.C. SYSTEM, INC.
PO BOX 64437
ST. PAUL, MN 55164-0437

ICS Collection Service
PO Box 1010
Tinley Park, IL 60477-9110


Illinois Collection Service, Inc
PO Box 1010
Tinley Park, IL60477-9110


Illinois Collection Services
3101 W 95th St
Evergreen Park, IL 60805


Invoice Audit Services
PO Box 559
Moon Twp., PA 15108


JP MORGAN CHASE
PO Box 659754
San Antonio, TX 78265-9754


Komyatte & Casbon PC
9650 Gordon Drive
Highland, IN  46322


Laboratory Corporation of America
PO Box 2240
Burlington, NC 27216-2240


Law Firm of Allan C. Smith
The Bucks County Office Center
1276 Veterans Highway
Bristol, PA  19007


Loyola University Medical Center
PO Box 3266
Milwaukee, WI 53201-3266

Loyola University Medical Center
C/O I.C.S.
PO Box 1010
Tinley Park, IL60477


Loyola University Medical Center
PO Box 1010
Tinley Park, IL60477


LVNV Funding LLC
PO Box 10497
Greenville, SC 29603


LVNVFUNDG
PO Box 10584
Greenville, SC 29603


M2 Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MCM
PO BOX 603
OAKS PA 19456


Medicredit, Inc
PO Box 1629
Maryland Heights, MO 63043-0629


Merchants' Credit Guide Co.
223 W Jackson St
Chicago, IL 60606


Methodist Hospitals
PO Box 66525
Indianapolis, IN  46266

Midland Funding
8875 Aero Dr Ste 200
San Diego CA 92123


Midwest Commercial Medical, LLC
9074 Collection Center Dr
Chicago, IL 60693-0090


Midwest Orthopaedic Consultants
75 Remittance Srive
Ste 6581
Chicago, IL 60675-6581


MiraMed Revenue Group LLC
PO Box 536
Linden MI 48451.0536


MiraMed RG
991 Oak Creek Drive
Lombard IL 60148


Monarch Recovery Managment, Inc.
PO Box 21089
Philadelphia PA 19154.0589


Morgan & Pottinger, PSC
Attorney At Law
2401 Stanley Gault Pkwy
Louisville, KY 40223


NCO FIN/22
507 Prudential rd
Horsham, PA 19044


New Pediatric Associates
8777 Broadway #B
Merrillville, IN  46410

Nipsco
PO Box 13013
Merrillville, IN  46411-3013


NW Ind Radiology Services
55 East 86th Ave
Suite A
PO Box 10645


Osterman Jewelers
PO Box 3680
Akron, OH 44309


Osterman Jewelers
375 Ghent Rd
Akron, OH 44333


P. SCOTT LOWERY, P.C.
5680 GREENWOOD PLAZA BLVD
SUITE 500
GREENWOOD VILLAGE, CO 80111


PORTFOLIO CITIFI
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502


PORTFOLIO CITIFI
140 CORPORATE BLVD, STE 100
NORFOLK, VA 23502


PORTFOLIO GE CA
140 CORPORATE BLVD, STE 100
NORFOLK, VA 23502


Prof Bur of Collect of Marlyand, Inc.
PO BOX 628
Elk Grove CA 95759.0628

Quest Diagnostics
PO Box 7306
Holiister, MO 65673-7306


Rubin & Levin
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773


Senex Services Corp
3333 Founders Blvd
Second Floor
Indianapolis, IN 46268


Senex Services Corp
3500 Depauw Blvd
Suite 305
Indianapolis, IN 46268


Sisters of St Francis Health Services
228 W US Highway 30
PMB #306
Schererville, IN 46375-1584


Stellar Recovery Inc
1845 Highway 93 South
Kalispell MT 59901


Student Assistance Corporation
PO Box 9570
Wilkes Barre, PA   18773-9570


SYNCB/CARE
PO BOX 981439
El Paso, TX 79998

SYNCB/GAP
PO BOX 981400
El Paso, TX 79998


SYNCB/jcp
PO BOX 965008
Orlando, FL 32896-5060


SYNCB/SHAW
PO BOX 981439
El Paso, TX 79998


The Law Office of Kevin Z. Shine
5965 Transit Road
Suite 500
East Amherst, NY 14051


TransWorld Systems Inc
507 Prudential Rd.
Horsham, PA  19044


Trustmark Recovery Services
541 Otis Bowen Drive
Munster IN 46321


Vision Financial Services*
PO Box 1768
LaPorte, IN 46352-1768


Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341


Weltman, Weinberg & Reis Co., LPA
180 North LaSalle St. Suite 2400
Chicago, IL 60601-2704

WF Finance
135 S Weber Rd
Bolingbook, IL 60490


WFNNB - BK
Bankruptcy Department
PO Box 182125
Columbus OH 43218.2125


World Fin Ntwk National Bk Recov
PO Box 182125
Columbus OH 43218.2125


Zenith Acquisition
170 Northpointe Parkway, #300
Amherst, NY 14228

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  Ricardo Uribe
        Vanessa Uribe

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $112.00 | $112.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $502.00 | $502.00 | $0.00 | $0.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $900.00 | $900.00 | $0.00 | $0.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $125.00 | $125.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $800.00 | $800.00 | $0.00 | $0.00 | $0.00 |
| 7. | Furs and jewelry. | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.*